**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| **Part 1:** | **Identify Yourself** |
| --- | --- |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- |
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Michael<br>First name<br><br>V<br>Middle name<br><br>Walker<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-1813 |  |

Debtor 1 __Michael V Walker_____     Case number *(if known)* _____

| | About Debtor 1: | | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | _____ <br> EIN | | _____ <br> EIN |

**5.** **Where you live**

620 Pioneer Mountain Loop
Jerome, ID 83338
_Number, Street, City, State & ZIP Code_

Jerome
_County_

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
_Number, P.O. Box, Street, City, State & ZIP Code_

**If Debtor 2 lives at a different address:**

_____
_Number, Street, City, State & ZIP Code_

_____
_County_

**If Debtor 2's mailing address is different from yours, fill it in here.**   Note that the court will send any notices to this mailing address.

_____
_Number, P.O. Box, Street, City, State & ZIP Code_

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

Debtor 1  Michael V Walker                                                    Case number *(if known)* _____

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

- ☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ☒ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☒ No
- ☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

- ☒ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    Michael V Walker                                                 Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.    Go to Part 4.

☒ Yes.    Name and location of business

Walker Custom Construction
Name of business, if any

620 Pioneer Mountain Loop
Jerome, ID 83338
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))
☒    None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☒ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.
☐ Yes.

What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

---

Debtor 1    Michael V Walker

Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices.   If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   Michael V Walker                                           Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** What kind of debts do you have?

16a.   **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.   **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☒ Yes. Go to line 17.

16c.   State the type of debts you owe that are not consumer debts or business debts

_____

**17.** Are you filing under Chapter 7?

☒ No.   I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐  $50,001 - $100,000
☐ $100,001 - $500,000
☒ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐  $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐  More than $50 billion

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Michael V Walker
_____          _____
Michael V Walker                                         Signature of Debtor 2
Signature of Debtor 1

Executed on   October 18, 2024                  Executed on  _____
                        MM / DD / YYYY                                              MM / DD / YYYY

Debtor 1    Michael V Walker                                Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.   I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| /s/ Matthew Christensen | Date | October 18, 2024 |
|---|---|---|
| Signature of Attorney for Debtor | | MM / DD / YYYY |

Matthew Christensen
Printed name

Johnson May
Firm name

199 N. Capitol Blvd.
Suite 200
Boise, ID 83702
Number, Street, City, State & ZIP Code

Contact phone    (208) 384-8588                 Email address    mtc@johnsonmaylaw.com

7213 ID
Bar number & State

---

# Tax Analysis

specially prepared for

MICHAEL WALKER

and

SARAH WALKER

Tax Year 2023

## MARVINS TAX & ACCOUNTING SERVICE

3936 DUNDEE DR
NEW PLYMOUTH, ID 83655
**email: lornam@marvinstaxservice.com**
**Phone: (208) 484-0655**

Information in this Client Presentation has been compiled from information in your tax return, which is based on information you have provided.

MICHAEL WALKER and SARAH WALKER
Tax Year 2023

# Your Bottom Line

## "What is my bottom line? What is my effective tax rate?"

| Balance Due | Effective tax rate* |
|---|---|
| $457 | -5.06% |

*\* Effective Tax Rate is an approximation of Tax divided by Income as a percentage.*

## "Why is the bottom line this amount?"

| | 2022 | 2023 | % Change | Difference |
|---|---|---|---|---|
| Taxable Income | $76,729 | $81,597 | 6.34% | $4,868 |
| Total Tax | $3,815 | $7,071 | 85.35% | $3,256 |
| Payments & Credits | $3,429 | $6,614 | 92.88% | $3,185 |
| Bottom Line | $386 | $457 | -18.39% | -$71 |
| | balance due | balance due | | |

## "How did my effective tax rate change?"

| | 2022 | 2023 | % Change | Difference |
|---|---|---|---|---|
| Effective Tax Rate | -0.45% | -5.06% | 1024.44% | -4.61% |

## "How did my tax situation change from last year?"



MICHAEL WALKER and SARAH WALKER
Tax Year 2023

# Your Standard or Itemized Deductions

## "What is my deduction this year?"

| Deduction Applied* | Deduction Type |
|---|---|
| $27,700 | Standard |

*How the standard or itemized deduction is applied depends on which is beneficial to your overall tax return or required by law.

## "How did my deductions change from last year?"

| | 2022 | 2023 |
|---|---|---|
| Deduction Applied | Standard $25,900 | Standard $27,700 |

## "How did my itemized deductions change from last year?"



| | Medical & dental | Income or sales tax | Real estate taxes | Personal property & other taxes | Interest paid | Gifts to charity | Casualty & theft losses | Misc | Total Itemized deductions |
|---|---|---|---|---|---|---|---|---|---|
| 2022 | $- | $1,817 | $- | $- | $- | $- | $- | $- | $1,817 |
| 2023 | $- | $2,718 | $- | $- | $- | $400 | $- | $- | $3,118 |

*If charts do not match total deductions, your return may have utilized the standard deduction or was subject to other limitations.*

Questions? Email me at lornam@marvinstaxservice.com or give me a call at (208) 484-0655

MICHAEL WALKER and SARAH WALKER
Tax Year 2023

# Your 2-Year Comparison Data

## Summary

| Items Affecting Your Bottom Line | 2022 | 2023 | Difference | % Difference |
|---|---|---|---|---|
| **Total Income** | $ 104,175 | $ 115,178 | $ 11,003 | 11% |
| Adjustments to Income | $ 426 | $ 3,469 | $ 3,043 | 714% |
| **Adjusted Gross Income (AGI)** | $ 103,749 | $ 111,709 | $ 7,960 | 8% |
| Standard or Itemized Deductions | $ 25,900 | $ 27,700 | $ 1,800 | 7% |
| Qualified Business Income Deduction | $ 1,120 | $ 2,412 | $ 1,292 | 115% |
| **Taxable Income** | $ 76,729 | $ 81,597 | $ 4,868 | 6% |
| Total Tax | $ 3,815 | $ 7,071 | $ 3,256 | 85% |
| Payments and Credits | $ 3,429 | $ 6,614 | $ 3,185 | 93% |
| Penalties | $ - | $ - | $ - | |
| **Bottom Line** | $ (386) | $ (457) | $ (71) | -18% |

## Detail of Featured Line Items

| Sources of Income | 2022 | 2023 | Difference | % Difference |
|---|---|---|---|---|
| Wages, Salaries, Tips | $ - | $ - | $ - | |
| Interest & Ordinary Dividends | $ - | $ - | $ - | |
| State Tax Refund | $ - | $ - | $ - | |
| Schedule C (all) | $ 6,028 | $ 43,227 | $ 37,199 | 617% |
| Capital Gains (losses) | $ 98,147 | $ 71,951 | $ (26,196) | -27% |
| IRA Taxable Distributions | $ - | $ - | $ - | |
| Pension Taxable Distributions | $ - | $ - | $ - | |
| Rents and Royalty Income | $ - | $ - | $ - | |
| Partnerships, SCorps, etc. | $ - | $ - | $ - | |
| Farm Income | $ - | $ - | $ - | |
| Social Security (taxable) | $ - | $ - | $ - | |
| Other Income | $ - | $ - | $ - | |
| Total Income | $ 104,175 | $ 115,178 | $ 11,003 | 11% |

| Itemized Deductions | 2022 | 2023 | Difference | % Difference |
|---|---|---|---|---|
| Medical & dental | $ - | $ - | $ - | |
| Income or sales tax | $ 1,817 | $ 2,718 | $ 901 | 50% |
| Real estate taxes | $ - | $ - | $ - | |
| Personal property & other taxes | $ - | $ - | $ - | |
| Interest paid | $ - | $ - | $ - | |
| Gifts to charity | $ - | $ 400 | $ 400 | |
| Casualty & theft losses | $ - | $ - | $ - | |
| Misc | $ - | $ - | $ - | |
| Total Itemized deductions | $ 1,817 | $ 3,118 | $ 1,301 | 72% |

| Taxes | 2022 | 2023 | Difference | % Difference |
|---|---|---|---|---|
| Income Tax | $ 2,964 | $ 963 | $ (2,001) | -68% |
| Additional Income Tax | $ - | $ - | $ - | |
| Self-Employment Tax | $ 851 | $ 6,108 | $ 5,257 | 618% |
| Alternative Minimum Tax (AMT) | $ - | $ - | $ - | |
| Other Taxes | $ - | $ - | $ - | |
| Total Tax | $ 3,815 | $ 7,071 | $ 3,256 | 85% |

Questions? Email me at lornam@marvinstaxservice.com or give me a call at (208) 484-0655

MICHAEL WALKER and SARAH WALKER
Tax Year 2023

# Personalized Tax Advice

Below you will find a list of recommendations that offer potential opportunities to save on your taxes next year.  We created this list for you based on the information in your 2023 tax return.  If you have any questions about anything on this list, please don't hesitate to contact our firm. Also, you have received a copy of your tax return. Keep a copy of your return and your supporting documentation for at least three years or more after you file your tax return.

- ❑ You may want to consider saving for college tuition by contributing to a Qualified Tuition Program. These plans typically allow earnings to be excluded from income if they are used for qualified education expenses

- ❑ Your tentative qualified business income deduction of $8,035 was limited to $2,412 (20% of taxable income minus net capital gains).

- ❑ Be sure to consult with us in December 2024 for some year end planning regarding WALKER CUSTOM CONSTRUCTION to help minimize your tax liability.

- ❑ Be sure to maintain a separate business checking account to refrain from mixing personal and business expenses together.

- ❑ As a self-employed business owner, consider purchasing a disability policy to protect you financially in case of accident or injury.

- ❑ Be sure to keep a detailed annual mileage record for all vehicles used in your business. The record should include your business's name, the business and the total miles for the year, and the business trip purpose.

- ❑ If you need new business equipment, consider saving on taxes by purchasing and rapidly expensing new equipment during the year under IRS section 179.

- ❑ Consider advertising for your business through a local charity. You will be assisting the local charity and reducing your tax liability at the same time.

- ❑ You may save on income and FICA taxes by hiring your child(ren) under 18 to work in your business. They must perform valid work and be paid as employees of the business.

- ❑ Consider setting up a home office during 2024 and using it regularly and exclusively for WALKER CUSTOM CONSTRUCTION. Then you can deduct additional expenses for this business.

- ❑ You may be able to lower your tax and health expenses for 2024 by purchasing health insurance through your business or, if you have a high deductible medical plan, opening a Health Savings Account.

- ❑ Consider taking some college courses to enhance your job skills. You could possibly receive a tax benefit on the supplies, books and tuition expenses for the college courses.

Thank you again for your tax business this year.  We look forward to meeting your future needs.

Form **8879**

(Rev. January 2021)

Department of the Treasury
Internal Revenue Service

# IRS e-file Signature Authorization

► ERO must obtain and retain completed Form 8879.
► Go to *www.irs.gov/Form8879* for the latest information.

OMB No. 1545-0074

Submission Identification Number (SID) ►

| Taxpayer's name | Social security number |
|---|---|
| MICHAEL V WALKER | –1813 |
| Spouse's name | Spouse's social security number |
| SARAH WALKER | –9702 |

## Part I    Tax Return Information — Tax Year Ending December 31,    **2023** (Enter year you are authorizing.)

Enter whole dollars only on lines 1 through 5.

**Note:** Form 1040-SS filers use line 4 only. Leave lines 1, 2, 3, and 5 blank.

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income . . . . . . . . . . . . . . . | **1** | 111,709. |
| 2 | Total tax . . . . . . . . . . . . . . . . . . | **2** | 6,108. |
| 3 | Federal income tax withheld from Form(s) W-2 and Form(s) 1099 . . . | **3** | |
| 4 | Amount you want refunded to you . . . . . . . . . . | **4** | |
| 5 | Amount you owe . . . . . . . . . . . . . . . | **5** | 457. |

## Part II    Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)

Under penalties of perjury, I declare that I have examined a copy of the income tax return (original or amended) I am now authorizing, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from the income tax return (original or amended) I am now authorizing. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke (cancel) a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537**. Payment cancellation requests must be received no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for the income tax return (original or amended) I am now authorizing and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize **MARVINS TAX & ACCOUNTING SERVI**          to enter or generate my PIN    | 1 | 1 | 8 | 1 | 3 |    as my
signature on the income tax return (original or amended) I am now authorizing.

ERO firm name

Enter five digits, but don't enter all zeros

[ ] I will enter my PIN as my signature on the income tax return (original or amended) I am now authorizing. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ►                                                      Date ►

**Spouse's PIN: check one box only**

[X] I authorize **MARVINS TAX & ACCOUNTING SERVICE**        to enter or generate my PIN    | 1 | 9 | 7 | 0 | 2 |    as my
signature on the income tax return (original or amended) I am now authorizing.

ERO firm name

Enter five digits, but don't enter all zeros

[ ] I will enter my PIN as my signature on the income tax return (original or amended) I am now authorizing. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ►                                                  Date ►

### Practitioner PIN Method Returns Only—continue below

## Part III    Certification and Authentication — Practitioner PIN Method Only

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.    | | | | | | | | | | | |

Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the electronic individual income tax return (original or amended) I am now authorized to file for tax year indicated above for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and **Pub. 1345,** Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns.

ERO's signature ►                                                     Date ►

### ERO Must Retain This Form — See Instructions
### Don't Submit This Form to the IRS Unless Requested To Do So

For Paperwork Reduction Act Notice, see your tax return instructions.          BAA          REV 05/21/24 PRO          Form **8879** (Rev. 01-2021)

Form 1040-V (2022)   2023

Page **2**

| IF you live in... | THEN use this address to send in your payment... |
|---|---|
| Alabama, Florida, Georgia, Louisiana, Mississippi, North Carolina, South Carolina, Tennessee, Texas | Internal Revenue Service<br>P.O. Box 1214<br>Charlotte, NC 28201-1214 |
| Arkansas, Connecticut, Delaware, District of Columbia, Illinois, Indiana, Iowa, Kentucky, Maine, Maryland, Massachusetts, Minnesota, Missouri, New Hampshire, New Jersey, New York, Oklahoma, Rhode Island, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service<br>P.O. Box 931000<br>Louisville, KY 40293-1000 |
| Alaska, Arizona, California, Colorado, Hawaii, Idaho, Kansas, Michigan, Montana, Nebraska, Nevada, New Mexico, North Dakota, Ohio, Oregon, Pennsylvania, South Dakota, Utah, Washington, Wyoming | Internal Revenue Serv<br>P.O. Box 8  501<br>Cincinnati, OH 452    2501 |
| A foreign country, American Samoa, or Puerto Rico (or are excluding income under Internal Revenue Code section 933), or use an APO or FPO address, or file Form 2555 or 4563, or are a dual-status alien or nonpermanent resident of Guam or the U.S. Virgin Islands | Interna   e        Service<br>P.O Box 13<br>Charlotte,    28  1-1303 |

MAIL FORM 1040-V TO THE INTERNAL REVENUE  RVICE CENTER AT THE ADDRESS LISTED BELOW.

Form **1040-V**   2023

- - - - - - - - - - - - - - - - - - - - - - etach Here and Mail With Your Payment and Return ▼ - - - - - - - - - - - - - - - - - - - - - -

Department of the Treasury
Internal Revenue Service

**2023**

**Form 1040-V Payment Voucher**

► Use this voucher when making a payment       1     0.
► Do not staple this voucher         ment to       0.
► Make your check or mon  rder pay   o the 'United States Treasury.'
► Write your social secu   number (SSN)   our check or money order.

| Enter the amount<br>of your payment ........ ► | 457. |
|---|---|

REV 05/21/24 PRO        1555

MICHAEL V WALKE
SARAH  WALKER
620 PIONEER MOUNTAIN LOOP
JEROME ID 83338

INTERNAL REVENUE SERVICE
P.O. BOX 802501
CINCINNATI, OH 45280-2501

XH WALK 30 0 202312 610

# Form 1040

**Department of the Treasury—Internal Revenue Service**

## U.S. Individual Income Tax Return

**2023**    OMB No. 1545-0074    IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2023, or other tax year beginning _____, 2023, ending _____, 20___    See separate instructions.

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| MICHAEL V | WALKER | 1813 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| SARAH | WALKER | 9702 |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
620 PIONEER MOUNTAIN LOOP

City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code
JEROME | ID | 83338

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.    ☐ u    ☐ Spouse

**Filing Status**
Check only one box.

☐ Single
☒ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS)
☐ Head of household (HOH)
☐ Qualifying su____ spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or ___ss bo____ the child's name if the qualifying person is a child but not your dependent: _____

**Digital Assets**
At any time during 2023, did you: (a) receive (as a reward, award, or payment for ____erty or se____ces); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digit____ s____? (See in____uctions.)    ☐ Yes    ☒ No

**Standard Deduction**
Someone can claim:    ☐ You as a dependent    ☐ Your spouse as a depende__
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**    You:    ☐ Were born before January 2, 1959    ☐ Are blind    **Spouse:**    ☐ Was bo___ fore January 2, 1959    ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here ☐

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies (see instructions): | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| WALKER | 2655 | Son | ☒ | ☐ |
| WALKER | 17 | Son | ☒ | ☐ |
| WALKER | 98 | Daughter | ☒ | ☐ |
| WALKER | 2717 | Son | ☒ | ☐ |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

Attach Sch. B if required.

| | | | | |
|---|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see ____) | | 1a | |
| b | Household employee wages not reported on Form(s) W__ | | 1b | |
| c | Tip income not reported on line 1a (see ____tructions) | | 1c | |
| d | Medicaid waiver payments not reported ____ Form(s) W-2 ___ee instructions) | | 1d | |
| e | Taxable dependent care benefits ___m Form ___ 1 li__ 6 | | 1e | |
| f | Employer-provided adoption benefit ___m Form 8839, line 29 | | 1f | |
| g | Wages from Form 8919, line 6 | | 1g | |
| h | Other earned income (see ____) | | 1h | |
| i | Nontaxable combat pay electio___ ___ee instructions) | 1i | | |
| z | Add lines 1a through 1h | | 1z | |
| 2a | Tax-exempt interest . . | 2a | b Taxable interest . . . . . . . | 2b | |
| 3a | Qualified divid___ . . | 3a | b Ordinary dividends . . . . . . | 3b | |
| 4a | IRA distribu___ns . . | 4a | b Taxable amount . . . . . . . | 4b | |
| 5a | Pensions a___ annuities . | 5a | b Taxable amount . . . . . . . | 5b | |
| 6a | Social secu___ benefits . | 6a | b Taxable amount . . . . . . . | 6b | |
| c | If you elect to ___ the lu___ sum election method, check here (see instructions) . . ☐ | | | |
| 7 | C____ or (loss) Attach Schedule D if required. If not required, check here . . . ☐ | | 7 | 71,951. |
| 8 | ___ditional i____me from Schedule 1, line 10 | | 8 | 43,227. |
| 9 | Add lines 1z, ___ 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | | 9 | 115,178. |
| 10 | A___stments t___ income from Schedule 1, line 26 | | 10 | 3,469. |
| 11 | Subt____ 0 from line 9. This is your **adjusted gross income** | | 11 | 111,709. |
| 12 | Standar___ ___eduction or itemized deductions (from Schedule A) | | 12 | 27,700. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | | 13 | 2,412. |
| 14 | Add lines 12 and 13 | | 14 | 30,112. |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | | 15 | 81,597. |

**Standard Deduction for—**
- Single or Married filing separately, $13,850
- Married filing jointly or Qualifying surviving spouse, $27,700
- Head of household, $20,800
- If you checked any box under Standard Deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Form **1040** (2023)

Form 1040 (2023) — Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | **16** | **Tax** (see instructions). Check if any from Form(s): **1** ☐ 8814  **2** ☐ 4972  **3** ☐ _____ | **16** | 963. |
| | **17** | Amount from Schedule 2, line 3 | **17** | |
| | **18** | Add lines 16 and 17 | **18** | 963. |
| | **19** | Child tax credit or credit for other dependents from Schedule 8812 | **19** | 963. |
| | **20** | Amount from Schedule 3, line 8 | **20** | |
| | **21** | Add lines 19 and 20 | **21** | 963. |
| | **22** | Subtract line 21 from line 18. If zero or less, enter -0- | **22** | 0. |
| | **23** | Other taxes, including self-employment tax, from Schedule 2, line 21 | **23** | 6,108. |
| | **24** | Add lines 22 and 23. This is your **total tax** | **24** | 6,108. |
| **Payments** | **25** | Federal income tax withheld from: | | |
| | **a** | Form(s) W-2 | **25a** | |
| | **b** | Form(s) 1099 | **25b** | |
| | **c** | Other forms (see instructions) | **25c** | |
| | **d** | Add lines 25a through 25c | **25d** | |
| If you have a qualifying child, attach Sch. EIC. | **26** | 2023 estimated tax payments and amount applied from 2022 return | **26** | |
| | **27** | Earned income credit (EIC) | **27** | |
| | **28** | Additional child tax credit from Schedule 8812 | **28** | 651. |
| | **29** | American opportunity credit from Form 8863, line 8 | **29** | |
| | **30** | Reserved for future use | **30** | |
| | **31** | Amount from Schedule 3, line 15 | **31** | |
| | **32** | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | **32** | 5,651. |
| | **33** | Add lines 25d, 26, and 32. These are your **total payments** | **33** | 5,651. |
| **Refund** | **34** | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | **34** | |
| Direct deposit? See instructions. | **35a** | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here ☐ | **35a** | |
| | **b** | Routing number  X X X X X X X X X  **c** Type: ☐ Checking  ☒ Savings | | |
| | **d** | Account number  X X X X X X X X X X X X X X X X X | | |
| | **36** | Amount of line 34 you want **applied to your 2024 estimated tax** | **36** | |
| **Amount You Owe** | **37** | Subtract line 33 from line 24. This is the **amount you owe**. For details on how to pay, go to *www.irs.gov/Payments* or see instructions | **37** | 457. |
| | **38** | Estimated tax penalty (see instructions) | **38** | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS? See instructions | ☐ **Yes. Complete below.** | ☒ **No** |
|---|---|---|---|
| | Designee's name | Phone no. | Personal identification number (PIN) |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | | |
|---|---|---|---|
| Joint return? See instructions. Keep a copy for your records. | Your signature | Date | Your occupation  **SELF EMPLOYED** | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
| | Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation  **HOME MAKER** | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
| | Phone no. | Email address  ridemslidem@icloud.com | | |

| **Paid Preparer Use Only** | Preparer's name  **LORNA MARVIN** | Preparer's signature  **LORNA MARVIN** | Date  07/31/2024 | PTIN  **P01309817** | Check if: ☒ Self-employed |
|---|---|---|---|---|---|
| | Firm's name  **MARVINS TAX & ACCOUNTING SERVICE** | | | Phone no. **(208)484-0655** | |
| | Firm's address  **936 DUNDEE DR NEW PLYMOUTH ID 83655** | | | Firm's EIN  **83-2426691** | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.        BAA        REV 05/21/24 PRO        Form **1040** (2023)

**SCHEDULE 1**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Income and Adjustments to Income

**Attach to Form 1040, 1040-SR, or 1040-NR.**
Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2023**

Attachment
Sequence No. **01**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR
MICHAEL V & SARAH WALKER

**Your social security number**
−1813

## Part I    Additional Income

| | | | |
|---|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . | **1** | |
| 2a | Alimony received . . . . . . . . . . . . . . . . . . . . . . . | **2a** | |
| b | Date of original divorce or separation agreement (see instructions): _____ | | |
| 3 | Business income or (loss). Attach Schedule C . . . . . . . . . . . . . | **3** | 43,227. |
| 4 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . | **4** | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | **6** | |
| 6 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . | **6** | |
| 7 | Unemployment compensation . . . . . . . . . . . . . . . . . | **7** | |
| 8 | Other income: | | |
| a | Net operating loss . . . . . . . . | **8a** ( ) | | |
| b | Gambling . . . . . . . . . . . | **8b** | | |
| c | Cancellation of debt . . . . . . . | **8c** | | |
| d | Foreign earned income exclusion from Form 2555 | **d** ( ) | | |
| e | Income from Form 8853 . . . . . . | **8e** | | |
| f | Income from Form 8889 . . . . . . | **8f** | | |
| g | Alaska Permanent Fund dividends . . . | **8g** | | |
| h | Jury duty pay . . . . . . . . . | **8h** | | |
| i | Prizes and awards . . . . . . . . | **8i** | | |
| j | Activity not engaged in for profit income . | **8j** | | |
| k | Stock options . . . . . . . . . | **8k** | | |
| l | Income from the rental of personal property if you engage in the rental for profit but were not in the business of renting such property | **8l** | | |
| m | Olympic and Paralympic medals and USOC prize money (see instructions) | **8m** | | |
| n | Section 951(a) inclusion (see instructions) | **8n** | | |
| o | Section 951A(a) inclusion (see instructions) | **8o** | | |
| p | Section 461(l) excess business loss adjustment . . . . | **8p** | | |
| q | Taxable distributions from an ABLE account (see instructions) . | **8q** | | |
| r | Scholarship and fellowship grants not reported on Form W-2 . | **8r** | | |
| s | Nontaxable amount of Medicaid waiver payments included on Form 1040, line 1a or 1d | **8s** ( ) | | |
| t | Pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan . . . . . . . . | **8t** | | |
| u | Wages earned while incarcerated . . . . | **8u** | | |
| z | Other income. List type and amount: _____ | **8z** | | |
| 9 | Total other income. Add lines 8a through 8z . . . . . . . . . . . . . | **9** | |
| 10 | Combine lines 1 through 7 and 9. This is your **additional income.** Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 . . . . . . . . . . . . . | **10** | 43,227. |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule 1 (Form 1040) 2023

Schedule 1 (Form 1040) 2023 | Page **2**

| **Part II** | **Adjustments to Income** | | |
|---|---|---|---|
| 11 | Educator expenses . . . . . . . . . . | **11** | |
| 12 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | **12** | |
| 13 | Health savings account deduction. Attach Form 8889 | **13** | |
| 14 | Moving expenses for members of the Armed Forces. Attach Form 3903 | **14** | |
| 15 | Deductible part of self-employment tax. Attach Schedule SE | **15** | 3,054. |
| 16 | Self-employed SEP, SIMPLE, and qualified plans . . . . | **16** | |
| 17 | Self-employed health insurance deduction . . . . . . | **17** | |
| 18 | Penalty on early withdrawal of savings . . . . . . . | **18** | |
| 19a | Alimony paid . . . . . . . . . . . | **19a** | |
| b | Recipient's SSN . . . . . . . . . | | |
| c | Date of original divorce or separation agreement (see instructions): | | |
| 20 | IRA deduction . . . . . . . . . . . | **20** | |
| 21 | Student loan interest deduction . . . . . . . . . | **1** | 415. |
| 22 | Reserved for future use . . . . . . . . | **22** | |
| 23 | Archer MSA deduction . . . . . . . . . | **23** | |
| 24 | Other adjustments: | | |
| a | Jury duty pay (see instructions) . . . . . . | **2** | |
| b | Deductible expenses related to income reported on line 8l from the rental of personal property engaged in for profit . . . . | **2 b** | |
| c | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8m . . . . . . | **24c** | |
| d | Reforestation amortization and expenses . . . . . | **24d** | |
| e | Repayment of supplemental unemployment benefits under the Trade Act of 1974 . . . . . . . . . | **24e** | |
| f | Contributions to section 501(c)(18)(D) pension plans . . . | **24f** | |
| g | Contributions by certain chaplains to section 403(b) plans . . | **24g** | |
| h | Attorney fees and court costs for actions involving certain lawful discrimination claims (see instructions) . . . . . | **24h** | |
| i | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations . . . . . . | **24i** | |
| j | Housing deduction from Form 2555 . . . . . | **24j** | |
| k | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) . . . . . | **24k** | |
| z | Other adjustments. List type and amount | **24z** | |
| 25 | Total other adjustments. Add lines 24a through 24z . . . . . | **25** | |
| 26 | Add lines 11 through 23 and 25. These are your **adjustments to income**. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 10 . . . . . . | **26** | 3,469. |

**BAA**          REV 05/21/24 PRO          Schedule 1 (Form 1040) 2023

**SCHEDULE 2**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Taxes

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2023**

Attachment
Sequence No. **02**

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | Your social security number |
|---|---|
| MICHAEL V & SARAH WALKER | -1813 |

## Part I    Tax

| | | | |
|---|---|---|---|
| 1 | Alternative minimum tax. Attach Form 6251 . . . . . . . . . . . . | **1** | |
| 2 | Excess advance premium tax credit repayment. Attach Form 8962 . . . . . . | **2** | |
| 3 | Add lines 1 and 2. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 17 . . | **3** | |

## Part II    Other Taxes

| | | | |
|---|---|---|---|
| 4 | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . | **4** | 6,108. |
| 5 | Social security and Medicare tax on unreported tip income. Attach Form 4137   **5** | | |
| 6 | Uncollected social security and Medicare tax on wages. Attach Form 8919   **6** | | |
| 7 | Total additional social security and Medicare tax. Add lines 5 and . . . | **7** | |
| 8 | Additional tax on IRAs or other tax-favored accounts. Attac   rm 5  29 if  equired. If not required, check here . . . . . . . . . . . . . . . . ☐ | **8** | |
| 9 | Household employment taxes. Attach Schedule H . . . . . . . . . . . | **9** | |
| 10 | Repayment of first-time homebuyer credit. Attach  orm 5405 if required . . . . . | **10** | |
| 11 | Additional Medicare Tax. Attach Form 8959 . . . . . . . . . . . . . | **11** | |
| 12 | Net investment income tax. Attach Form 8960 . . . . . . . . . . . . | **12** | |
| 13 | Uncollected social security and Medicar  or R  TA tax on tips or group-term life insurance from Form W-2, box 12 . . . . . . . . . . . . . . . . | **13** | |
| 14 | Interest on tax due on installment inco e from th  sale of certain residential lots and timeshares . . . . . . . . . . . . . . . . . . . . . | **14** | |
| 15 | Interest on the deferred tax on gain fr   certain installment sales with a sales price over $150,000 . . . . . . . . . . . . . . . . . . . . | **15** | |
| 16 | Recapture of low-income housing credit. Attach Form 8611 . . . . . . . . | **16** | |

*(continued on page 2)*

**For Paperwork Reduction Act Notice  see your tax return instructions.**

**Schedule 2 (Form 1040) 2023**

DO NOT MAIL

Schedule 2 (Form 1040) 2023                                                                                           Page **2**

| **Part II** | **Other Taxes** *(continued)* | |
|---|---|---|

**17** Other additional taxes:

**a** Recapture of other credits. List type, form number, and amount:
_____  **17a**

**b** Recapture of federal mortgage subsidy, if you sold your home
see instructions   .   .   .   .   .   .   .   .   **17b**

**c** Additional tax on HSA distributions. Attach Form 8889  .   .   .   **17c**

**d** Additional tax on an HSA because you didn't remain an eligible
individual. Attach Form 8889   .   .   .   .   .   .   .   .   **17d**

**e** Additional tax on Archer MSA distributions. Attach Form 8853  .   **17e**

**f** Additional tax on Medicare Advantage MSA distributions. Attach
Form 8853   .   .   .   .   .   .   .   .   .   .   .   **17f**

**g** Recapture of a charitable contribution deduction related to a
fractional interest in tangible personal property   .   .   .   .   .   **7g**

**h** Income you received from a nonqualified deferred compensation
plan that fails to meet the requirements of section 409A   .   **1 h**

**i** Compensation you received from a nonqualified def ed
compensation plan described in section 457A   .   .   .   .   **17i**

**j** Section 72(m)(5) excess benefits tax   .   .   .   .   .   .   .   **1 j**

**k** Golden parachute payments   .   .   .   .   .   .   .   .   .   **17k**

**l** Tax on accumulation distribution of trusts   .   .   .   .   .   **17l**

**m** Excise tax on insider stock compensation from an expa ated
corporation   .   .   .   .   .   .   .   .   .   .   .   .   **17m**

**n** Look-back interest under section 167  )  or 460(b  from Form
8697 or 8866   .   .   .   .   .   .   .   .   .   .   .   **17n**

**o** Tax on non-effectively connected  come    ny part of the
year you were a nonresident alien from Form 1040-NR   .   .   .   **17o**

**p** Any interest from Form 862     ing to distributions
from, and dispositions of, stock   a section 1291 fund  .   .   .   **17p**

**q** Any interest from Form 8621, line 24   .   .   .   .   .   .   .   **17q**

**z** Any other taxes. List t   nd amount: _____
_____  **17z**

| | | | |
|---|---|---|---|
| **18** | Total additional tax  s. Add lin    17a through 17z   .   .   .   .   .   .   . | **18** | |
| **19** | Reserved for future u | **19** | |
| **20** | Section 9   net ta    ability installment from Form 965-A   .   .   . | **20** | |
| **21** | Add line    7 throug   16, and 18. These are your **total other taxes**. Enter here and on Form 10    or 10  0-SR, line 23, or Form 1040-NR, line 23b   .   .   .   .   .   .   .   . | **21** | 6,108. |

BAA                    REV 05/21/24 PRO          Schedule 2 (Form 1040) 2023

# SCHEDULE C
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

## Profit or Loss From Business
**(Sole Proprietorship)**

Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.

Go to *www.irs.gov/ScheduleC* for instructions and the latest information.

OMB No. 1545-0074

**2023**

Attachment
Sequence No. **09**

| | |
|---|---|
| Name of proprietor **MICHAEL V WALKER** | Social security number (SSN) **–1813** |

| | |
|---|---|
| **A** Principal business or profession, including product or service (see instructions) **CONSTRUCTION** | **B** Enter code from instructions **2 3 6 1 0 0** |
| **C** Business name. If no separate business name, leave blank. **WALKER CUSTOM CONSTRUCTION** | **D** Employer ID number (EIN) (see instr.) |

**E** Business address (including suite or room no.) ▶ **620 PIONEER MOUNTAIN LOOP**
City, town or post office, state, and ZIP code **JEROME, ID 83338**

**F** Accounting method: **(1)** ☒ Cash **(2)** ☐ Accrual **(3)** ☐ Other (specify) _____

**G** Did you "materially participate" in the operation of this business during 2023? If "No," see instructions for limit on losses ☒ Yes ☐ No

**H** If you started or acquired this business during 2023, check here ▶ ☐

**I** Did you make any payments in 2023 that would require you to file Form(s) 1099? See instructions ☐ Yes ☒ No

**J** If "Yes," did you or will you file required Form(s) 1099? ☐ Yes ☐ No

## Part I    Income

| | | |
|---|---|---:|
| **1** | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . ▶ ☐ **1** | 161,814. |
| **2** | Returns and allowances . . . . **2** | |
| **3** | Subtract line 2 from line 1 . . . **3** | 161,814. |
| **4** | Cost of goods sold (from line 42) . . . **4** | 103,565. |
| **5** | **Gross profit.** Subtract line 4 from line 3 . . . **5** | 58,249. |
| **6** | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . **6** | |
| **7** | **Gross income.** Add lines 5 and 6 . . . ▶ **7** | 58,249. |

## Part II    Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | |
|---|---|---:|---|---|---:|
| **8** | Advertising . . . | **8** | | **18** Office expense (see instructions) . | **18** |
| **9** | Car and truck expenses (see instructions) . | **9** | 1,974. | **19** Pension and profit-sharing plans . | **19** |
| **10** | Commissions and fees . | **10** | | **20** Rent or lease (see instructions): | |
| **11** | Contract labor (see instructions) | **11** | 12,00. | **a** Vehicles, machinery, and equipment | **20a** |
| **12** | Depletion . . | **12** | | **b** Other business property . . | **20b** |
| **13** | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | **13** | 24 | **21** Repairs and maintenance . | **21** |
| | | | | **22** Supplies (not included in Part III) . | **22** |
| | | | | **23** Taxes and licenses . . . | **23** |
| **14** | Employee benefit programs (other than on line 19) . | **14** | | Travel and meals: | |
| **15** | Insurance (other than health) | **15** | | **a** Travel . . . . | **24a** |
| **16** | Interest (see instructions): | | | **b** Deductible meals (see instructions) | **24b** |
| **a** | Mortgage (paid to banks, etc.) | **16a** | | **25** Utilities . . . | **25** |
| **b** | Other . . . . | **16b** | | **26** Wages (less employment credits) . | **26** |
| **17** | Legal and professional services | **17** | | **27a** Other expenses (from line 48) . | **27a** |
| | | | | **b** Energy efficient commercial bldgs deduction (attach Form 7205) . | **27b** |

| | | | |
|---|---|---|---:|
| **28** | Total expenses before expenses for business use of home. Add lines 8 through 27b . . . ▶ | **28** | 15,022. |
| **29** | Tentative profit or (loss). Subtract line 28 from line 7 . . . | **29** | 43,227. |
| **30** | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. **Simplified method filers only:** Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . | **30** | |
| **31** | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** • If a loss, you **must** go to line 32. | **31** | 43,227. |
| **32** | If you have a loss, check the box that describes your investment in this activity. See instructions. • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.** • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | **32a** ☒ All investment is at risk. **32b** ☐ Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see the separate instructions.     BAA     REV 05/21/24 PRO     Schedule C (Form 1040) 2023

DO NOT MAIL

Schedule C (Form 1040) 2023

Page **2**

| **Part III** | **Cost of Goods Sold** (see instructions) |
|---|---|

**33** Method(s) used to value closing inventory:  **a** ☒ Cost  **b** ☐ Lower of cost or market  **c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No

| | | | |
|---|---|---|---|
| **35** | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . | 35 | |
| **36** | Purchases less cost of items withdrawn for personal use . . . . . . . . . . | 36 | |
| **37** | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . | 37 | |
| **38** | Materials and supplies . . . . . . . . . . . . . . . . . . . . | 38 | 103,565. |
| **39** | Other costs . . . . . . . . . . . . . . . . . . . . . . | 39 | |
| **40** | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . | 40 | 103,565. |
| **41** | Inventory at end of year . . . . . . . . . . . . . . . . . . . | 41 | |
| **42** | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on li— | 42 | 103,565. |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you    clai—    car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instr—tions for line 13 to find out if you must file Form 4562. |
|---|---|

**43** When did you place your vehicle in service for business purposes?    th/day/year)  05/23/2017

**44** Of the total number of miles you drove your vehicle during 2023, enter the nu—r of miles you used your vehicle for:

**a** Business _____2,240_____  **b** Commuting ( e instruc  s)  **c** Other _____0_____

**45** Was your vehicle available for personal use during off- y hours? . . . . . . . . . ☒ Yes  ☐ No

**46** Do you (or your spouse) have another vehicle av le for p se?. . . . . . . . . ☒ Yes  ☐ No

**47a** Do you have evidence to support your d ? . . . . . . . . . . . . . ☒ Yes  ☐ No

**b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . ☒ Yes  ☐ No

| **Part V** | **Other Expenses.** List below busines  expenses not included on lines 8–26, line 27b, or line 30. |
|---|---|

|  |  |  |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **48** | **Total other expenses.** Enter here and on line 27a . . . . . . . . | 48 | |

DO NOT MAIL

REV 05/21/24 PRO

Schedule C (Form 1040) 2023

**SCHEDULE D**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Capital Gains and Losses

Attach to Form 1040, 1040-SR, or 1040-NR.
**Use Form 8949 to list your transactions for lines 1b, 2, 3, 8b, 9, and 10.**
Go to *www.irs.gov/ScheduleD* for instructions and the latest information.

OMB No. 1545-0074

**2023**

Attachment
Sequence No. **12**

Name(s) shown on return
MICHAEL V & SARAH WALKER

Your social security number
-1813

Did you dispose of any investment(s) in a qualified opportunity fund during the tax year? ☐ **Yes** ☒ **No**
If "Yes," attach Form 8949 and see its instructions for additional requirements for reporting your gain or loss.

## Part I    Short-Term Capital Gains and Losses—Generally Assets Held One Year or Less (see instructions)

| See instructions for how to figure the amounts to enter on the lines below.<br><br>This form may be easier to complete if you round off cents to whole dollars. | **(d)** Proceeds (sales price) | **(e)** Cost (or other basis) | Adjustment in or loss Form 949, Par line 2, mn (g) | **(h)** in or loss) column (d) combine the result with column (g) |
|---|---|---|---|---|
| **1a** Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b  . | | | | |
| **1b** Totals for all transactions reported on Form(s) 8949 with **Box A** checked   .    .    .    .    .    .    .    .    . | | | | |
| **2** Totals for all transactions reported on Form(s) 8949 with **Box B** checked   .    .    .    .    .    .    .    .    . | | | | |
| **3** Totals for all transactions reported on Form(s) 8949 with **Box C** checked   .    .    .    .    .    .    .    .    . | | | | |

| | | |
|---|---|---|
| **4** Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824   .    . | **4** | |
| **5** Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | **5** | |
| **6** Short-term capital loss carryover. Enter the amount, if any, from line    your **Capital Loss Carryover Worksheet** in the instructions | **6** ( ) |
| **7** **Net short-term capital gain or (loss).** Combine lin  1a thr h 6 in column (h). If you have any long-term capital gains or losses, go to Part II below. O erwise, go t Part III on the back   .    .    .    .    . | **7** | |

## Part II    Long-Term Capital Gains and Losses   Generally Assets Held More Than One Year (see instructions)

| See instructions for how to figure the amounts to en on the lines below.<br><br>This form may be easier to complete if you ff cent whole dollars. | **(d)** Proceeds (sales price) | **(e)** Cost (or other basis) | **(g)** Adjustments to gain or loss from Form(s) 8949, Part II, line 2, column (g) | **(h)** Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| **8a** Totals for all long-term transactions reporte on Form 1099-B for which basis was reported to the IRS nd for which you have no adjustm nts (see instructions). However, if you choose t epor  these transactions on Form 8949, leave this  ne blank a go to line 8b  . | | | | |
| **8b** Totals for all transaction  eported on rm(s) 8949 with **Box D** checked   .    .    .    .    .    .    .    .    . | | | | |
| **9** Totals for all trans tions rep  Form(s) 8949 with **Box E** checked   .    .    .    .    .    .    .    .    . | | | | |
| **10** Totals for all ansactions  orted on Form(s) 8949 with **Box F** check  .    .    .    .    .    .    .    .    . | 184,523. | 100,454. | -12,118. | 71,951. |

| | | |
|---|---|---|
| **11** Gain from Form   7 P  l; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 67  and 8824   .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    . | **11** | |
| **12** Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | **12** | |
| **13** Capital gain distributions. See the instructions   .    .    .    .    .    .    .    .    .    . | **13** | |
| **14** Long-term capital loss carryover. Enter the amount, if any, from line 13 of your **Capital Loss Carryover Worksheet** in the instructions | **14** ( ) |
| **15** **Net long-term capital gain or (loss).** Combine lines 8a through 14 in column (h). Then, go to Part III on the back   .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    . | **15** | 71,951. |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule D (Form 1040) 2023

DO NOT MAIL

Schedule D (Form 1040) 2023                                                                                    Page **2**

| **Part III** | **Summary** |
| --- | --- |

| 16 | Combine lines 7 and 15 and enter the result . . . . . . . . . . | 16 | 71,951. |
| --- | --- | --- | --- |

- If line 16 is a **gain**, enter the amount from line 16 on Form 1040, 1040-SR, or 1040-NR, line 7. Then, go to line 17 below.
- If line 16 is a **loss**, skip lines 17 through 20 below. Then, go to line 21. Also be sure to complete line 22.
- If line 16 is **zero**, skip lines 17 through 21 below and enter -0- on Form 1040, 1040-SR, or 1040-NR, line 7. Then, go to line 22.

**17** Are lines 15 and 16 **both** gains?
☒ **Yes.** Go to line 18.
☐ **No.** Skip lines 18 through 21, and go to line 22.

**18** If you are required to complete the **28% Rate Gain Worksheet** (see instructions), enter amount, if any, from line 7 of that worksheet . . . . . . . . . . .

| 18 | |
| --- | --- |

**19** If you are required to complete the **Unrecaptured Section 1250 Gain W    sheet** (see instructions), enter the amount, if any, from line 18 of that worksheet . . . . . . . . .

| 19 | |
| --- | --- |

**20** Are lines 18 and 19 both zero or blank and you are not filing Form 4952?
☒ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Workshe**    in the instructions for Form 1040, line 16. **Don't** complete lines 21 and 22 below.

☐ **No.** Complete the **Schedule D Tax Worksheet** in the    ructions. **Don't** complete lines 21 and 22 below.

**21** If line 16 is a loss, enter here and on Form 1040, 1040    or 1040-NR,    ne 7, the **smaller** of:

- The loss on line 16; or
- ($3,000), or if married filing separately, ($1,500   

| 21 | ( | ) |
| --- | --- | --- |

**Note:** When figuring which amount is smal    treat b       unts as positive numbers.

**22** Do you have qualified dividends on F     040 10    SR, or 1040-NR, line 3a?

☐ **Yes.** Complete the **Qualified Dividen    and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 16.

☐ **No.** Complete the re   of For    040, 1040-SR, or 1040-NR.

**BAA**    REV 05/21/24 PRO                                            **Schedule D (Form 1040) 2023**

Form 8949 (2023)

Attachment Sequence No. **12A**    Page **2**

| Name(s) shown on return. Name and SSN or taxpayer identification no. not required if shown on other side | Social security number or taxpayer identification number |
|---|---|
| MICHAEL V & SARAH WALKER | –1813 |

*Before you check Box D, E, or F below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker. A substitute statement will have the same information as Form 1099-B. Either will show whether your basis (usually your cost) was reported to the IRS by your broker and may even tell you which box to check.*

| **Part II** | **Long-Term.** Transactions involving capital assets you held more than 1 year are generally long-term (see instructions). For short-term transactions, see page 1. |
|---|---|

**Note:** You may aggregate all long-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the totals directly on Schedule D, line 8a; you aren't required to report these transactions on Form 8949 (see instructions).

**You *must* check Box D, E, *or* F below. Check only one box.** If more than one box applies for your long-term transactions, complete a separate Form 8949, page 2, for each applicable box. If you have more long-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need.

☐ **(D)** Long-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see Note above)

☐ **(E)** Long-term transactions reported on Form(s) 1099-B showing basis **wasn't** reported to the IRS

☒ **(F)** Long-term transactions not reported to you on Form 1099-B

| **1** | (a)<br>Description of property<br>(Example: 100 sh. XYZ Co.) | (b)<br>Date acquired<br>(Mo., day, yr.) | (c)<br>Date sold or<br>disposed of<br>(Mo., day, yr.) | (d)<br>Proceeds<br>(sales price)<br>(see instructions) | (e)<br>Cost or other basis<br>See the **Note** below<br>and see Column (e)<br>in the separate<br>instructions. | Adjustment, if any, to gain or loss | | (h)<br>Gain or (loss)<br>Subtract column (e)<br>from column (d) and<br>combine the result<br>with column (g). |
|---|---|---|---|---|---|---|---|---|
| | | | | | | (f)<br>Code(s) from<br>instructions | (g)<br>Amount of<br>adjustment | |
| | Main Home Sale: BARE GROUND PIONEER MT LOOP | 10/01/21 | 02/17/23 | 99,523. | 50,227. | E | –9,518. | 39,778. |
| | Main Home Sale: BARE GROUND PIONEER MT LOOP | 10/01/21 | 04/27/23 | 85,000. | 50,227. | E | –2,600. | 32,173. |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **2** | **Totals.** Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts). Enter each total here and include on your Schedule D, **line 8b** (if **Box D** above is checked), **line 9** (if **Box E** above is checked), or **line 10** (if **Box F** above is checked) . . | | | 184,523. | 100,454. | | –12,118. | 71,951. |

**Note:** If you checked Box D above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis. See *Column (g)* in the separate instructions for how to figure the amount of the adjustment.

**SCHEDULE SE**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Self-Employment Tax

**Attach to Form 1040, 1040-SR, 1040-SS, or 1040-NR.**
**Go to www.irs.gov/ScheduleSE for instructions and the latest information.**

OMB No. 1545-0074

**2023**

Attachment
Sequence No. **17**

| Name of person with self-employment income (as shown on Form 1040, 1040-SR, 1040-SS, or 1040-NR) | Social security number of person with **self-employment** income |
|---|---|
| MICHAEL V WALKER | –1813 |

## Part I    Self-Employment Tax

**Note:** If your only income subject to self-employment tax is **church employee income**, see instructions for how to report your income and the definition of church employee income.

**A**   If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I . . . . . . . ☐

Skip lines 1a and 1b if you use the farm optional method in Part II. See instructions.

| | | | |
|---|---|---|---:|
| **1a** | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A . . . . . . . . . . . . . . . . . . | **1** | |
| **b** | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code AQ | **b** | ( ) |

Skip line 2 if you use the nonfarm optional method in Part II. See instructions.

| | | | |
|---|---|---|---:|
| **2** | Net profit or (loss) from Schedule C, line 31; and Schedule K-1 (Form 1065), box 14, code A (other than farming). See instructions for other income to report or if you are a minister or member of a religious order | **2** | 43,227. |
| **3** | Combine lines 1a, 1b, and 2 . . . . . . . . . . . . . . . . . . | **3** | 43,227. |
| **4a** | If line 3 is more than zero, multiply line 3 by 92.35% (0.9235). Otherwise, enter amount from line 3 | **4a** | 39,920. |
| | **Note:** If line 4a is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | |
| **b** | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here . . . | **4b** | |
| **c** | Combine lines 4a and 4b. If less than $400, **stop**; you don't owe self-employment tax. **Exception:** If less than $400 and you had **church employee income**, enter -0- and continue . . . | **4c** | 39,920. |
| **5a** | Enter your **church employee income** from Form W-2. See instructions for definition of church employee income . . . . . . . . . | **5a** | |
| **b** | Multiply line 5a by 92.35% (0.9235). If less than $100, enter -0- . . . . . . . . | **5b** | 0. |
| **6** | Add lines 4c and 5b . . . . . . . . . . . . . . . . . . . | **6** | 39,920. |
| **7** | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2023 . . . . . . . | **7** | *160,200* |

| | | | | |
|---|---|---|---|---:|
| **8a** | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $160,200 or more, skip lines 8b through 10, and go to line 11 . . . . . . . . | **8a** | | |
| **b** | Unreported tips subject to social security tax from Form 4137, line 10 . | **8b** | | |
| **c** | Wages subject to social security tax from Form 8919, line 10 . . . . | **8c** | | |
| **d** | Add lines 8a, 8b, and 8c . . . . . . . . . . . . . . . . . | | **8d** | |
| **9** | Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 | | **9** | 160,200. |
| **10** | Multiply the **smaller** of line 6 or line 9 by 12.4% (0.124) . . . . . . . . . | | **10** | 4,950. |
| **11** | Multiply line 6 by 2.9% (0.029) . . . . . . . . . . . . . . . . | | **11** | 1,158. |
| **12** | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Schedule 2 (Form 1040), line 4**, or **Form 1040-SS, Part I, line 3** . . . . . . . . . . . . . . . | | **12** | 6,108. |
| **13** | **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (0.50). Enter here and on **Schedule 1 (Form 1040), line 15** . . . . . . . . . . . | **13** | 3,054. | |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule SE (Form 1040) 2023

Schedule SE (Form 1040) 2023

Page **2**

| **Part II** | **Optional Methods To Figure Net Earnings** (see instructions) | | |
|---|---|---|---|

**Farm Optional Method.** You may use this method **only** if **(a)** your gross farm income[1] wasn't more than $9,840, **or (b)** your net farm profits[2] were less than $7,103.

| 14 | Maximum income for optional methods . . . . . . . . . . . . . . . . . | **14** | *6,560* |
|---|---|---|---|
| 15 | Enter the **smaller** of: two-thirds ($2/3$) of gross farm income[1] (not less than zero) **or** $6,560. Also, include this amount on line 4b above . . . . . . . . . . . . . . . . . | **15** | |

**Nonfarm Optional Method.** You may use this method **only** if **(a)** your net nonfarm profits[3] were less than $7,103 and also less than 72.189% of your gross nonfarm income,[4] **and (b)** you had net earnings from self-employment of at least $400 in 2 of the prior 3 years. **Caution:** You may use this method no more than five times.

| 16 | Subtract line 15 from line 14 . . . . . . . . . . . . . . . . . . . | **16** | |
|---|---|---|---|
| 17 | Enter the **smaller** of: two-thirds ($2/3$) of gross nonfarm income[4] (not less than zero) **or** the amount on line 16. Also, include this amount on line 4b above . . . . . . . . . . . . . . . . . | **17** | |

[1] From Sch. F, line 9; and Sch. K-1 (Form 1065), box 14, code B.

[2] From Sch. F, line 34; and Sch. K-1 (Form 1065), box 14, code A—minus the amount you would have entered on line 1b had you not used the optional method.

[3] From Sch. C, line 31; and Sch. K    rm 1065)      , code A.

[4] From Sch. C, line 7; and Sch. K-1 (For    065), box   4, code C.

BAA      REV 05      RO      Sch dule SE (Form 1040) 2023

| SCHEDULE 8812<br>(Form 1040) | **Credits for Qualifying Children<br>and Other Dependents** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | Attach to Form 1040, 1040-SR, or 1040-NR.<br>Go to *www.irs.gov/Schedule8812* for instructions and the latest information. | **2023**<br>Attachment<br>Sequence No. **47** |

| Name(s) shown on return | Your social security number |
|---|---|
| MICHAEL V & SARAH WALKER | –1813 |

### Part I    Child Tax Credit and Credit for Other Dependents

| | | | | |
|---|---|---|---|---|
| 1 | Enter the amount from line 11 of your Form 1040, 1040-SR, or 1040-NR | | **1** | 111,709. |
| 2a | Enter income from Puerto Rico that you excluded | **2a** | | |
| b | Enter the amounts from lines 45 and 50 of your Form 2555 | **2b** | 0. | |
| c | Enter the amount from line 15 of your Form 4563 | **2c** | | |
| d | Add lines 2a through 2c | | **2d** | 0. |
| 3 | Add lines 1 and 2d | | **3** | 111,709. |
| 4 | Number of qualifying children under age 17 with the required social security number | **4** | 4 | |
| 5 | Multiply line 4 by $2,000 | | **5** | 8,000. |
| 6 | Number of other dependents, including any qualifying children who are not under age 17 or who do not have the required social security number | **6** | | |
| | **Caution:** Do not include yourself, your spouse, or anyone who is not a U.S. citizen, U.S. national, or U.S. resident alien. Also, do not include anyone you included on line 4. | | | |
| 7 | Multiply line 6 by $500 | | **7** | |
| 8 | Add lines 5 and 7 | | **8** | 8,000. |
| 9 | Enter the amount shown below for your filing status.<br>• Married filing jointly—$400,000<br>• All other filing statuses—$200,000 | | **9** | 400,000. |
| 10 | Subtract line 9 from line 3.<br>• If zero or less, enter -0-.<br>• If more than zero and not a multiple of $1,000, enter the next multiple of $1,000. For example, if the result is $425, enter $1,000; if the result is $1,025, enter $2,000, etc. | | **10** | 0. |
| 11 | Multiply line 10 by 5% (0.05) | | **11** | 0. |
| 12 | Is the amount on line 8 more than the amount on line 11? | | **12** | 8,000. |
| | ☐ **No. STOP.** You cannot take the child tax credit, credit for other dependents, or additional child tax credit. Skip Parts II-A and II-B. Enter -0- on lines 14 and 27.<br>☒ **Yes.** Subtract line 11 from line 8. Enter the result. | | | |
| 13 | Enter the amount from **Credit Limit Worksheet A** | | **13** | 963. |
| 14 | Enter the smaller of line 12 or line 13. **This is your child tax credit and credit for other dependents** | | **14** | 963. |
| | **Enter this amount on Form 1040, 1040-SR, or 1040-NR, line 19.** | | | |

If the amount on line 12 is more than the amount on line 14, you may be able to take the **additional child tax credit** on Form 1040, 1040-SR, or 1040-NR, line 28. Complete your Form 1040, 1040-SR, or 1040-NR through line 27 (also complete Schedule 3, line 11) before completing Part II-A.

**For Paperwork Reduction Act Notice, see your tax return instructions.**    BAA    REV 05/21/24 PRO    Schedule 8812 (Form 1040) 2023

Schedule 8812 (Form 1040) 2023

Page **2**

| **Part II-A** | **Additional Child Tax Credit for All Filers** | | |
|---|---|---|---|

**Caution:** If you file Form 2555, you cannot claim the additional child tax credit.

| 15 | Check this box if you **do not** want to claim the additional child tax credit. Skip Parts II-A and II-B. Enter -0- on line 27 . . . . . . | | ☐ |
|---|---|---|---|
| 16a | Subtract line 14 from line 12. If zero, **stop here**; you cannot take the additional child tax credit. Skip Parts II-A and II-B. Enter -0- on line 27 | **16a** | 7,037. |
| b | Number of qualifying children under 17 with the required social security number:  4  x $1,600. | | |
| | Enter the result. If zero, **stop here**; you cannot claim the additional child tax credit. Skip Parts II-A and II-B. Enter -0- on line 27 . . . . . . . . . . . . . . . . . . . | **16b** | 6,400. |
| | **TIP:** The number of children you use for this line is the same as the number of children you used for line 4. | | |
| 17 | Enter the **smaller** of line 16a or line 16b . . . . . . . . . . . . . . . . . | **17** | 6,400. |

| 18a | Earned income (see instructions) . . . . . . . . | **18a** | 40,1 |
|---|---|---|---|
| b | Nontaxable combat pay (see instructions) . . . . . . | **18b** | |
| 19 | Is the amount on line 18a more than $2,500? | | |
| | ☐ **No.** Leave line 19 blank and enter -0- on line 20. | | |
| | ☒ **Yes.** Subtract $2,500 from the amount on line 18a. Enter the result . . . | **19** | 37,673. |
| 20 | Multiply the amount on line 19 by 15% (0.15) and enter the result . . . . . . . . . . | **20** | 5,651. |

Next. On line 16b, is the amount $4,800 or more?

☐ **No.** If you are a bona fide resident of Puerto Rico, go to line 21. Otherwise, skip Part II-B  d   ter the **smaller** of line 17 or line 20 on line 27.

☒ **Yes.** If line 20 is equal to or more than line 17, skip Part II-B and enter the amoun  fro   line 17 o   ine 27. Otherwise, go to line 21.

| **Part II-B** | **Certain Filers Who Have Three or More Qualifying Childr    d Bo  a Fide Residents of Puerto Rico** | | |
|---|---|---|---|

| 21 | Withheld social security, Medicare, and Additional Medicare taxes from Form(s)    2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. your employer withheld or you paid Additional Medicare Tax or tier 1 RRTA taxes, or if you are a bona fide resident of Puerto Rico, see instructions. . . . . . . | **21** | 0. |
|---|---|---|---|
| 22 | Enter the total of the amounts from Schedule 1 (Form 1040), line  hedule 2 (Form 1040), line 5; Schedule 2 (Form 1040), line 6; and Schedule (F  m 10   line 13  . | **22** | 3,054. |
| 23 | Add lines 21 and 22 . . . . . . . . . . . . . . . . . . . | **23** | 3,054. |
| 24 | **1040 and** | | |
| | **1040-SR filers:**   Enter the total of the amounts from Fo   1040 o   40-SR, line 27, and Schedule 3 (Form 1040), line 11 | | |
| | **1040-NR filers:**   Enter the amount from Schedule 3 ( rm 1040), lin  1. | **24** | |
| 25 | Subtract line 24 from line 23. If zero or less, enter -0- . . . . . . . . . . . | **25** | 3,054. |
| 26 | Enter the **larger** of line 20 or line 25 . . . . . . . . . . . . . . . . | **26** | 5,651. |
| | **Next,** enter the smaller of line 17 or line 26 on line | | |

| **Part II-C** | **Additional Child Tax Credi** | | |
|---|---|---|---|
| 27 | **This is your additional child tax credit. E    r this amou   on Form 1040, 1040-SR, or 1040-NR, line 28** . . | **27** | 5,651. |

BAA          REV 05/21/24 PRO          Schedule 8812 (Form 1040) 2023

Form **8995**

Department of the Treasury
Internal Revenue Service

## Qualified Business Income Deduction
## Simplified Computation

**Attach to your tax return.**
Go to *www.irs.gov/Form8995* for instructions and the latest information.

OMB No. 1545-2294

**2023**

Attachment
Sequence No. **55**

| Name(s) shown on return | Your taxpayer identification number |
|---|---|
| MICHAEL V & SARAH WALKER | –1813 |

**Note:** *You can claim the qualified business income deduction **only** if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.*
*Use this form if your taxable income, before your qualified business income deduction, is at or below $182,100 ($364,200 if married filing jointly), and you aren't a patron of an agricultural or horticultural cooperative.*

| 1 | (a) Trade, business, or aggregation name | (b) Taxpayer identification number | (c) Qualified business income or (loss) |
|---|---|---|---|
| i | WALKER CUSTOM CONSTRUCTION | 54  813 | 40,173. |
| ii | | | |
| iii | | | |
| iv | | | |
| v | | | |

| | | | | |
|---|---|---|---|---|
| 2 | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) | **2** | 40,173. | |
| 3 | Qualified business net (loss) carryforward from the prior year | **3** | ( ) | |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- | **4** | 40,173. | |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) | | | **5** 8,035. |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) | **6** | | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year | **7** | ( ) | |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- | **8** | | |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) | | | **9** |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 | | | **10** 8,035. |
| 11 | Taxable income before qualified business income deduction (see instructions) | **11** | 84,009. | |
| 12 | Enter your net capital gain, if any, increased by any qualified dividends (see instructions) | **12** | 71,951. | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | **13** | 12,058. | |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) | | | **14** 2,412. |
| 15 | Qualified business income deduction. Enter the smaller of line 10 or line 14. Also enter this amount on the applicable line of your return (see instructions) | | | **15** 2,412. |
| 16 | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- | | | **16** ( 0. ) |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- | | | **17** ( 0. ) |

For Privacy Act and Paperwork Reduction Act Notice, see instructions.          REV 05/21/24 PRO          Form **8995** (2023)

Form **8867**

(Rev. November 2023)

Department of the Treasury
Internal Revenue Service

# Paid Preparer's Due Diligence Checklist

*Earned Income Credit (EIC), American Opportunity Tax Credit (AOTC),
Child Tax Credit (CTC) (including the Additional Child Tax Credit (ACTC) and
Credit for Other Dependents (ODC)), and Head of Household (HOH) Filing Status*

**To be completed by preparer and filed with Form 1040, 1040-SR, 1040-NR, 1040-PR, or 1040-SS.**
Go to *www.irs.gov/Form8867* for instructions and the latest information.

OMB No. 1545-0074

For tax year
20 **23**

Attachment
Sequence No. **70**

| Taxpayer name(s) shown on return | Taxpayer identification number |
|---|---|
| MICHAEL V & SARAH WALKER | –1813 |

| Preparer's name | Preparer tax identification number |
|---|---|
| LORNA MARVIN | P01309817 |

## Part I    Due Diligence Requirements

Please check the appropriate box for the credit(s) and/or HOH filing status claimed on the return and complete the related Parts I–V
for the benefit(s) claimed (check all that apply).    ☐ EIC    ☒ CTC/ACTC/ODC    ☐ AOTC    ☐ HOH

| | | Yes | No | N/A |
|---|---|---|---|---|
| **1** | Did you complete the return based on information for the applicable tax year provided by the taxpayer or reasonably obtained by you? | ☒ | ☐ | |
| **2** | If credits are claimed on the return, did you complete the applicable EIC and/or CTC/ACTC/ C worksheets found in the Form 1040, 1040-SR, 1040-NR, 1040-PR, 1040-SS, or Schedule 8812 (Form 1040) instructions, and/or the AOTC worksheet found in the Form 8863 instructi . ur own worksheet(s) that provides the same information, and all related forms and schedules or eac t claimed? | ☒ | ☐ | ☐ |
| **3** | Did you satisfy the knowledge requirement? To meet the knowledge requirem you mus do both of the following. | | | |
| | • Interview the taxpayer, ask questions, and contemporaneously document the ta paye responses to determine that the taxpayer is eligible to claim the credit(s) and/or HO stat | | | |
| | • Review information to determine that the taxpayer is eligible to claim cred d/or HOH filing status and to figure the amount(s) of any credit(s) | ☒ | ☐ | |
| **4** | Did any information provided by the taxpayer or a third pa ty for use in pr aring the return, or information reasonably known to you, appear to be incorrec incomplete, or inconsistent? (If "**Yes**," answer questions 4a and 4b. If "**No**," go to question 5.) | ☐ | ☒ | |
| **a** | Did you make reasonable inquiries to determine the corre com te, and consistent information? . | ☐ | | |
| **b** | Did you contemporaneously document your inquiries? (Document n should include the questions you asked, whom you asked, when you asked, the i mation that was provided, and the impact the information had on your preparation of the return ) | ☐ | ☐ | |
| **5** | Did you satisfy the record retention requiremen To meet th ecord retention requirement, you must keep a copy of your documentation referenced question 4b copy of this Form 8867, a copy of any applicable worksheet(s), a record of how, when, d from wh m the information used to prepare Form 8867 and any applicable worksheet(s) wa btaine copy of any document(s) provided by the taxpayer that you relied on to determine elig ty for the credit(s) and/or HOH filing status or to figure the amount(s) of the credit(s) | ☒ | ☐ | |
| | List those documents provided by th p y that you relied on: | | | |
| | _____ | | | |
| | _____ | | | |
| | _____ | | | |
| | _____ | | | |
| **6** | Did you ask the taxpay whether /she could provide documentation to substantiate eligibility for the credit(s) and/or HOH ng status a the amount(s) of any credit(s) claimed on the return if his/her return is selected for a it? | ☒ | ☐ | |
| **7** | Did you ask the taxpayer ny of t se credits were disallowed or reduced in a previous year? . . | ☒ | ☐ | ☐ |
| | **(If credits we owed o educed, go to question 7a; if not, go to question 8.)** | | | |
| **a** | Did you com lete the r uired recertification Form 8862? | ☐ | ☐ | ☐ |
| **8** | If the taxp er is reportin self-employment income, did you ask questions to prepare a complete and correct Sche C (Form 040)? | ☒ | ☐ | ☐ |

**For Paperwork Reduction t N ice, see separate instructions.**    REV 05/21/24 PRO    Form **8867** (Rev. 11-2023)

Form 8867 (Rev. 11-2023)                                                                                             Page **2**

| **Part II** | **Due Diligence Questions for Returns Claiming EIC** (If the return does not claim EIC, go to Part III.) | Yes | No | N/A |
|---|---|---|---|---|
| **9a** | Have you determined that the taxpayer is eligible to claim the EIC for the number of qualifying children claimed, or is eligible to claim the EIC without a qualifying child? **(If the taxpayer is claiming the EIC and does not have a qualifying child, go to question 10.)** | ☐ | ☐ | |
| **b** | Did you ask the taxpayer if the child lived with the taxpayer for over half of the year, even if the taxpayer has supported the child the entire year? . . . . . . . . . . . . . . . . . . | ☐ | ☐ | ☐ |
| **c** | Did you explain to the taxpayer the rules about claiming the EIC when a child is the qualifying child of more than one person (tiebreaker rules)? . . . . . . . . . . . . . . . . | ☐ | ☐ | ☐ |

| **Part III** | **Due Diligence Questions for Returns Claiming CTC/ACTC/ODC** (If the return does not claim CTC, ACTC, or ODC, go to Part IV.) | Yes | No | N/A |
|---|---|---|---|---|
| **10** | Have you determined that each qualifying person for the CTC/ACTC/ODC is the taxpayer's dependent who is a citizen, national, or resident of the United States? . . . . . . . . . . . . . . | ☒ | ☐ | |
| **11** | Did you explain to the taxpayer that he/she may not claim the CTC/ACTC if the child has not lived with the taxpayer for over half of the year, even if the taxpayer has supported the child, unless the child's custodial parent has released a claim to exemption for the child? . . . . . . . . . . . | ☒ | ☐ | |
| **12** | Did you explain to the taxpayer the rules about claiming the CTC/ACTC/ODC for a child of divorced or separated parents (or parents who live apart), including any requirement to attach a Form 8332 or similar statement to the return? . . . . . . . . . . . . . . . . . . . . . | ☒ | ☐ | |

| **Part IV** | **Due Diligence Questions for Returns Claiming AOTC** (If the return does not claim AOTC, go to Part V.) | Yes | No |
|---|---|---|---|
| **13** | Did the taxpayer provide substantiation for the credit, such as a Form 1098-T and/or receipts for the qualified tuition and related expenses for the claimed AOTC? . . . . . . . . . . . . . . | ☐ | ☐ |

| **Part V** | **Due Diligence Questions for Claiming HOH** (If the return does not claim HOH filing status, go to Part VI.) | Yes | No |
|---|---|---|---|
| **14** | Have you determined that the taxpayer was unmarried or considered unmarried on the last day of the tax year and paid more than half of the cost of keeping up a home for the year for a qualifying person? . . . . . | ☐ | ☐ |

| **Part VI** | **Eligibility Certification** |
|---|---|

**You will have complied with all due diligence requirements for claiming the applicable credit(s) and/or HOH filing status on the return of the taxpayer identified above if you:**

    A. Interview the taxpayer, ask adequate questions, contemporaneously document the taxpayer's responses on the return or in your notes, review adequate information to determine if the taxpayer is eligible to claim the credit(s) and/or HOH filing status and to figure the amount(s) of the credit(s);

    B. Complete this Form 8867 truthfully and accurately and complete the actions described in this checklist for any applicable credit(s) claimed and HOH filing status, if claimed;

    C. Submit Form 8867 in the manner required; and

    D. Keep all five of the following records for 3 years from the latest of the dates specified in the Form 8867 instructions under *Document Retention*.

        1. A copy of this Form 8867.

        2. The applicable worksheet(s) or your own worksheet(s) for any credit(s) claimed.

        3. Copies of any documents provided by the taxpayer on which you relied to determine the taxpayer's eligibility for the credit(s) and/or HOH filing status and to figure the amount(s) of the credit(s).

        4. A record of how, when, and from whom the information used to prepare this form and the applicable worksheet(s) was obtained.

        5. A record of any additional information you relied upon, including questions you asked and the taxpayer's responses, to determine the taxpayer's eligibility for the credit(s) and/or HOH filing status and to figure the amount(s) of the credit(s).

**If you have not complied with all due diligence requirements, you may have to pay a penalty for each failure to comply related to a claim of an applicable credit or HOH filing status (see instructions for more information).**

| | | Yes | No |
|---|---|---|---|
| **15** | Do you certify that all the answers on this Form 8867 are, to the best of your knowledge, true, correct, and complete? . . . . . . . . . . . . . . . . . . . . . . . . . . | ☒ | ☐ |

REV 05/21/24 PRO                                                                                Form **8867** (Rev. 11-2023)

Form **8829**

Department of the Treasury
Internal Revenue Service

## Expenses for Business Use of Your Home

File only with Schedule C (Form 1040). Use a separate Form 8829 for each home you used for business during the year.
Go to *www.irs.gov/Form8829* for instructions and the latest information.

OMB No. 1545-0074

**2023**

Attachment
Sequence No. **176**

Name(s) of proprietor(s)
MICHAEL V WALKER

Your social security number
-1813

CONSTRUCTION

### Part I — Part of Your Home Used for Business

| | | | |
|---|---|---|---|
| 1 | Area used regularly and exclusively for business, regularly for daycare, or for storage of inventory or product samples (see instructions) | 1 | 360 |
| 2 | Total area of home | 2 | 2,866 |
| 3 | Divide line 1 by line 2. Enter the result as a percentage | 3 | 12.56 % |

**For daycare facilities not used exclusively for business, go to line 4. All others, go to line 7.**

| | | | |
|---|---|---|---|
| 4 | Multiply days used for daycare during year by hours used per day | 4 | hr. |
| 5 | If you started or stopped using your home for daycare during the year, see instructions; otherwise, enter 8,760 | 5 | 8,760 hr |
| 6 | Divide line 4 by line 5. Enter the result as a decimal amount | 6 | |
| 7 | Business percentage. For daycare facilities not used exclusively for business, multiply line 6 by line 3 (enter the result as a percentage). All others, enter the amount from line 3 | 7 | 12.56 % |

### Part II — Figure Your Allowable Deduction

| | | (a) Direct expenses | (b) Indirect expenses | | |
|---|---|---|---|---|---|
| 8 | Enter the amount from Schedule C, line 29, **plus** any gain derived from the business use of your home, **minus** any loss from the trade or business not derived from the business use of your home. See instructions. | | | 8 | 43,227. |
| | See instructions for columns (a) and (b) before completing lines 9–22. | | | | |
| 9 | Casualty losses (see instructions) | 9 | | | |
| 10 | Deductible mortgage interest (see instructions) | 10 | | | |
| 11 | Real estate taxes (see instructions) | 11 | | | |
| 12 | Add lines 9, 10, and 11 | 12 | | | |
| 13 | Multiply line 12, column (b), by line 7 | | 13 | | |
| 14 | Add line 12, column (a), and line 13 | | | 14 | |
| 15 | Subtract line 14 from line 8. If zero or less, enter -0- | | | 15 | 43,227. |
| 16 | Excess mortgage interest (see instructions) | 16 | | | |
| 17 | Excess real estate taxes (see instructions) | 17 | | | |
| 18 | Insurance | 18 | | | |
| 19 | Rent | 19 | | | |
| 20 | Repairs and maintenance | 20 | | | |
| 21 | Utilities | 21 | | | |
| 22 | Other expenses (see instructions) | 22 | | | |
| 23 | Add lines 16 through 22 | 23 | | | |
| 24 | Multiply line 23, column (b), by line 7 | | 24 | | |
| 25 | Carryover of prior year operating expenses (see instructions) | | 25 | | |
| 26 | Add line 23, column (a), line 24, and line 25 | | | 26 | |
| 27 | Allowable operating expenses. Enter the smaller of line 15 or line 26 | | | 27 | 0. |
| 28 | Limit on excess casualty losses and depreciation. Subtract line 27 from line 15 | | | 28 | 43,227. |
| 29 | Excess casualty losses (see instructions) | 29 | | | |
| 30 | Depreciation of your home from line 42 below | 30 | | | |
| 31 | Carryover of prior year excess casualty losses and depreciation (see instructions) | 31 | | | |
| 32 | Add lines 29 through 31 | | | 32 | |
| 33 | Allowable excess casualty losses and depreciation. Enter the **smaller** of line 28 or line 32 | | | 33 | |
| 34 | Add lines 14, 27, and 33 | | | 34 | 0. |
| 35 | Casualty loss portion, if any, from lines 14 and 33. Carry amount to **Form 4684**. See instructions | | | 35 | |
| 36 | **Allowable expenses for business use of your home.** Subtract line 35 from line 34. Enter here and on Schedule C, line 30. If your home was used for more than one business, see instructions | | | 36 | 0. |

### Part III — Depreciation of Your Home

| | | | |
|---|---|---|---|
| 37 | Enter the **smaller** of your home's adjusted basis or its fair market value. See instructions | 37 | |
| 38 | Value of land included on line 37 | 38 | |
| 39 | Basis of building. Subtract line 38 from line 37 | 39 | |
| 40 | Business basis of building. Multiply line 39 by line 7 | 40 | |
| 41 | Depreciation percentage (see instructions) | 41 | % |
| 42 | Depreciation allowable (see instructions). Multiply line 40 by line 41. Enter here and on line 30 above | 42 | |

### Part IV — Carryover of Unallowed Expenses to 2024

| | | | |
|---|---|---|---|
| 43 | Operating expenses. Subtract line 27 from line 26. If less than zero, enter -0- | 43 | 0. |
| 44 | Excess casualty losses and depreciation. Subtract line 33 from line 32. If less than zero, enter -0- | 44 | |

For Paperwork Reduction Act Notice, see your tax return instructions.        BAA        REV 05/21/24 PRO        Form **8829** (2023)

**Two-Year Comparison**                    **2023**

| Name(s) Shown on Return | Social Security Number |
|---|---|
| MICHAEL V & SARAH WALKER | |

| Income | 2022 | 2023 | Difference | % |
|---|---|---|---|---|
| Wages, salaries, tips, etc . . . . . . . . . | | | | |
| Interest and dividend income . . . . . . . | | | | |
| State tax refund . . . . . . . . . . . . . . | | | | |
| Business income (loss) . . . . . . . . . . | 6,028. | 43,227. | 37,199. | 617.10 |
| Capital and other gains (losses) . . . . . | 98,147. | 71,951. | -26,6. | -26.9 |
| IRA distributions . . . . . . . . . . . . . | | | | |
| Pensions and annuities . . . . . . . . . . | | | | |
| Rents and royalties . . . . . . . . . . . . | | | | |
| Partnerships, S Corps, etc . . . . . . . . | | | | |
| Farm income (loss) . . . . . . . . . . . . | | | | |
| Social security benefits . . . . . . . . . . | | | | |
| Income other than the above . . . . . . . | | | | |
| **Total  Income** . . . . . . . . . . . . . | 104,175. | 115  8. | 11,003. | 10.56 |
| **Adjustments to Income** . . . . . . . . | 426. | 3  6. | 3,043. | 714.32 |
| **Adjusted Gross Income** . . . . . . . . | 103,749. | 111,7 9. | 7,960. | 7.67 |
| **Itemized Deductions** | | | | |
| Medical and dental . . . . . . . . . . . . | | | | |
| Income or sales tax . . . . . . . . . . . . | 1,817 | 2,7. | 901. | 49.59 |
| Real estate taxes . . . . . . . . . . . . . | | | | |
| Personal property and other taxes . . . . | | | | |
| Interest paid . . . . . . . . . . . . . . . | | | | |
| Gifts to charity . . . . . . . . . . . . . . | | 400. | 400. | |
| Casualty and theft losses . . . . . . . . . | | | | |
| Miscellaneous . . . . . . . . . . . . . . | | | | |
| Total Itemized Deductions . . . . . . . . | 1,8 . | 3,118. | 1,301. | 71.60 |
| **Standard or Itemized Deduction** . . . . | 25,9 . | 27,700. | 1,800. | 6.95 |
| **Qualified Business Income Deduction** . . | 1,1 0. | 2,412. | 1,292. | 115.36 |
| **Taxable Income** . . . . . . . . . . . . | 729. | 81,597. | 4,868. | 6.34 |
| Income tax . . . . . . . . . . . . . . . | 2,964. | 963. | -2,001. | -67.51 |
| Additional income taxes . . . . . . . . . | | | | |
| Alternative minimum tax . . . . . . . . . | 0. | | 0. | |
| **Total Income Taxes** . . . . . . . . . . | 2,964. | 963. | -2,001. | -67.51 |
| Nonbusiness credits . . . . . . . . . . . | 2,964. | 963. | -2,001. | -67.51 |
| Business credits . . . . . . . . . . . . . | | | | |
| **Total Credits** . . . . . . . . . . . . . | 2,964. | 963. | -2,001. | -67.51 |
| Self-employment  ax . . . . . . . . . . . | 851. | 6,108. | 5,257. | 617.74 |
| Other taxes . . . . . . . . . . . . . . . | | | | |
| **Total Tax Aft  r Cred** . . . . . . . . . | 851. | 6,108. | 5,257. | 617.74 |
| Withho  ng . . . . . . . . . . . . . . . | | | | |
| Estim  ted and ext  sion payments . . . | | | | |
| Earn   ncome cre   . . . . . . . . . . | | | | |
| Additiona   ild ta  redit . . . . . . . . . | 465. | 5,651. | 5,186. | 999.00 |
| Other payme   . . . . . . . . . . . . . | | | | |
| **Total Payments** . . . . . . . . . . . . | 465. | 5,651. | 5,186. | 999.00 |
| Form 2210 penalty . . . . . . . . . . . | | | | |
| Applied to next year's estimated tax . . . | | | | |
| **Refund** . . . . . . . . . . . . . . . . | | | | |
| **Balance Due** . . . . . . . . . . . . . | 386. | 457. | 71. | 18.39 |

Current year effective tax rate . . . . . . . . . . . . . . . . . . . . . . . **-5.06** %

**Tax History Report**                          **2023**

► Keep for your records

Name(s) Shown on Return
MICHAEL V & SARAH WALKER

| | **Five Year Tax History:** | | | | |
|---|---|---|---|---|---|
| | **2019** | **2020** | **2021** | **2022** | **2023** |
| Filing status . . . . . . | MFJ | MFJ | | MFJ | J |
| Total income . . . . . | 46,984. | 33,066. | | 104,17 | 11    8. |
| Adjustments to income | 5,175. | 2,636. | | 426. | 3,469. |
| Adjusted gross income | 41,809. | 30,430. | | 1   ,749. | 111,709. |
| Tax expense . . . . . | 5,309. | 1,008. | | 1,  7. | 2,718. |
| Interest expense . . . | | | | | |
| Contributions . . . . . | 5,777. | 4,200. | | | 400. |
| Misc. deductions . . . | | | | | |
| Other itemized ded'ns | | | | | |
| Total itemized/ standard deduction . . | 24,400. | 2   00. | | 25,900. | 27,700. |
| QBI deduction . . . . . | 3,482. | 1,126. | | 1,120. | 2,412. |
| Taxable income . . . . | 13,927 | 4,504 | | 76,729. | 81,597. |
| Tax . . . . . . . . . . | 1,393. | 453. | | 2,964. | 963. |
| Alternative min tax . . | | | | | |
| Total credits . . . . . | 1,393. | 453. | | 2,964. | 963. |
| Other taxes . . . . . . | 6,639. | 4,672. | | 851. | 6,108. |
| Payments . . . . . . . | 8 186. | 17,736. | | 465. | 5,651. |
| Form 2210 p    lty . . | | | | | |
| Amount   wed . . . . . | | | | 386. | 457. |
| Applied to n year's estimated   . | | | | | |
| Refund . . . . . . . . | 1,547. | 13,064. | | | |
| Effective tax rate % . . | -19.58 | -31.99 | | -0.45 | -5.06 |
| **Tax bracket % . . . . | 10.0 | 10.0 | | 12.0 | 12.0 |

**Tax bracket % is based on Taxable income.

**MICHAEL V & SARAH WALKER**                                                    **-1813**              **1**

## Smart Worksheets From 2023 Federal Tax Return

Schedule C (CONSTRUCTION ): Profit or Loss from Business -- Smart Worksheet



**Business Address Information Smart Worksheet**

Business street address. . . **620 PIONEER MOUNTAIN LOOP**

City, State, and ZIP Code (do not enter State and ZIP Code if foreign address)

**JEROME**                              **ID**      **83338**

**Or**, foreign country information:

MICHAEL V & SARAH WALKER                                                        -1813               2

Schedule C (CONSTRUCTION ): Profit or Loss from Business -- Smart Worksheet

---

**Pension Plan Startup Costs Smart Worksheet**

Your total qualified pension plan startup costs should be entered here. Do **not** include these in another expense category on Schedule C. The net of the amounts listed in the Smart Worksheet will be included in line 48, Other Expenses, below.
**QuickZoom** to Form 8881, Credit for Employer Pension Plan Startup Costs,
to link the credit to this activity . . . . . . . . . . . . . . . . . . . . . . . . . . . ►

| | | |
|---|---|---|
| A | Enter your **qualified** pension plan startup costs . . . . . . . . . . . . . . . . | _____ |
| B | Less: Allowed credit from Form 8881 . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| C | Net qualified pension plan startup costs . . . . . . . . . . . . . . . . . . . . . | _____ |
| D | Enter the number of employees who received at least $5,000 of compensation during the tax year before the first credit year that applies to the pension plan startup costs credit . . . . . . . . . . . . . . . . . . . | _____ |
| E | Enter the number of employees eligible to participate in the pension plan. | _____ |

**Small Employer Pension Contributions**

| | | |
|---|---|---|
| F | Total **qualified** employer pension costs . . . . . . . . . . . . . . . . . . . . | _____ |
| G | Less: Allowed employer pension credit from Form 8881, line 6g . . . . . . . . | _____ |
| H | Net qualified employer pension costs . . . . . . . . . . . . . . . . . . . . . . | 0. |
| I | Enter the number of employees in the year before you first claimed sma . . . employer pension plan startup credit . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| J | Enter employer contributions made to the plan, don' clude (i) elective deferrals, (ii) contributions made to employees wh e ges paid to the employees were in excess of $100,000 and (iii) any amou f contribution to an employee to whom made contributions of more than $1, . . . . . . . . | _____ |
| K | Enter employer contributions made to emp yee whom you made more than $1,000. If this is the first or second ar of the p do not include contributions of more than $1,000 per employee. If thi the third year of the plan, do not include contributions of re than $1 3 per employee. If this is the fourth year of the pla do not i d tributions of more than $2,000 per employees. If this is fifth year of the plan, do not include contributions of more than $4,00 r employee. . . . . . . . . . . . . | _____ |
| L | **Plan year.** Check one: | |
| | 1st or 2nd plan year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► | ☐ |
| | 3rd plan year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► | ☐ |
| | 4th plan year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► | ☐ |
| | 5th plan year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► | ☐ |
| | 6th or over an year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► | ☐ |

**Auto-Enrollm t Credit**

| | | |
|---|---|---|
| M | Did you provide uto ollment option for retirement savings? | ☐ Yes  ☐ No |

**Mi ary Spou Participation Credit**

| | | |
|---|---|---|
| N | E r the numbe of military spouse employees participating in an eligible plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| O | Enter th ta mount of contributions made to eligible military spouse employees. o not enter more than $300 per employee . . . . . . . . . . . . | _____ |

**MICHAEL V & SARAH WALKER** -1813 3

Schedule C (CONSTRUCTION ): Profit or Loss from Business -- Smart Worksheet

### Qualified Business Income Deduction Smart Worksheet

*Completing this worksheet is generally only necessary if Form 8995A must be filed (i.e., taxable income is above threshold amounts or qualified coop payments are present).*

| | | |
|---|---|---|
| **A** | QBI worksheet to report (double-click to link) . . . . . . . . . . . . . . . ▶ | WALKER CUSTOM CONSTRUCTION |
| **B** | Trade or Business Name . . . . . . . . . . WALKER CUSTOM CONSTRUCTION | |
| **C** | Trade or Business ID Number . . . . . . . . . . | |
| **D 1** | Is this a Specified Service Trade or Business (SSTB)? . ☐ Yes ☐ No | |
| **2** | If No, is income attributable to a SSTB? (see Help) . . . . ☐ Yes ☐ No | |
| **3** | QBI worksheet for SSTB income (this will auto-populate if Yes) . . . . . . . . . . . . | |
| **4** | Percentage of qualified income attributable to SSTB | % |
| **E 1** | Tentative Sch C profit (loss) from this business . . . . . . . . . . . . . . . . . . | 43,227. |
| **2 a** | Former Employer Expenses | |
| **b** | Former Employer Income . . . . . . . . . . . . . . . . | |
| **c** | Net Gain Former Employer | |
| **d** | Foreign Expenses | |
| **e** | Foreign Income . . . . . . . . . . . . . . . . . | |
| **f** | Foreign Net Gain | |
| | Total adjustments to qualified business income . . . . . . . . . . . . . . . . | |
| **3** | Tentative Sch C profit (loss) from qualified business . . . . . . . . . . . . . . . | 43,227. |
| **4 a** | Calculated QBI allowed after passive/at-risk limits . . . . . . . . 3,227. | |
| **b** | Adjustments to allowed QBI . . . . . . . . . . . . . . . . | |
| **c** | Allowable QBI after loss limits . . . . . . . . . . . . . . . | 43,227. |
| **5** | Self employed deductions connected to this busine | |
| **a** | Self employed health insurance for this busin s . . . . . . . | |
| **b** | Total deduction for 1/2 self employment tax . . . . . . . . . 3,054. | |
| **c** | Deduction for 1/2 S.E. tax connected to this business . . . . . . . 3,054. | |
| **d** | Total deduction for S.E. retirement co u . . . . | |
| **e** | S.E. retirement deduction connecte o this busi s . . . . . . . | |
| | Total self employed deductions conne d to this bu ness . . . . . . . . . . | 3,054. |
| **6** | Sch C profit (loss) after S.E. deduction . . . . . . . . . . . . . . . | 40,173. |
| **7** | Additional deductions related to s busin ed on separate schedules . . . | |
| **8** | Net profit (loss) after adjustments, l ations, and deductions . . . . . . . . . . | 40,173. |
| **9** | Allowable Sch C profit (loss) allocated t STB . . . . . . . . . . . . . . . | 0. |
| **10** | Allowable Sch C profit (los om ss . . . . . . . . . . . . . . . . | 40,173. |
| | | |
| **F 1** | Ordinary gain (loss) from business sets . . . . . . . . . . . . . . . . | 0. |
| **2** | Ordinary gain (loss) adjustments . . . . . . . . . . . . . . . . . | |
| **3** | Qualified ordin (loss) . . . . . . . . . . . . . . . . . . | 0. |
| **4 a** | Calculate QBI allow after passive/at-risk limits . . . . . . . . . 0. | |
| **b** | Adjustm s to allowed BI . . . . . . . . . . . . . . . . | |
| **c** | Allowable hort-term q ified gain (loss) after passive/at-risk limits . . . . . . . . | 0. |
| **5** | Allowable ordi gain ss) allocated to SSTB . . . . . . . . . . . . . . | 0. |
| **6** | Allo dinary gain (loss)/recapture from this business . . . . . . . . . . . . | 0. |
| | | |
| **G 1** | ction 1231 g n (loss) from business assets . . . . . . . . . . . . . . | 0. |
| **2** | Se n 1231 n (loss) adjustments . . . . . . . . . . . . . . . . | |
| **3** | Sectio 23 gain (loss) from qualified business . . . . . . . . . . . . . . | 0. |
| **4 a** | Calcula d QBI allowed after passive/at-risk limits . . . . . . . . . 0. | |
| **b** | Adjustments to allowed QBI . . . . . . . . . . . . . . . . | |
| **c** | Allowable **ordinary** 1231 qualified gain (loss) . . . . . . . . . . . . . . | 0. |
| **5** | Allowable ordinary 1231 gain (loss) allocated to SSTB . . . . . . . . . . . . . | 0. |
| **6** | Allowable ordinary 1231 gain (loss) from this business . . . . . . . . . . . . | 0. |

**MICHAEL V & SARAH WALKER**                                                                    -1813              4

Schedule C (CONSTRUCTION ): Profit or Loss from Business -- Smart Worksheet

| Qualified Business Income Deduction Smart Worksheet, Continued | |
|---|---|
| **H 1** Allowable QBI (E10 plus F6 plus G6) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 40,173. |
| **2** Qualified business income allocated to SSTB . . . . . . . . . . . . . . . . . . . . . . . | 0. |
| **3 a** Previously disallowed losses freed up in current year . . . . . . | |
| **b** Adjustments to previously disallowed losses . . . . . . . . . . . | |
| **c** Previously disallowed QBI losses to be reported as separate business . . . . . . . | 0. |
| **d** QBI wksht for previously disallowed losses, if present . . . . . | |
| | |
| **I 1** Tentative wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0. |
| **2** Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| **3** Qualified wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0. |
| **4** Qualified wages allocated to SSTB . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0. |
| | |
| **J 1** Tentative Unadjusted Basis Immediately after Acquisition (UBIA) . . . . . . . . . . . | 34,160. |
| **2** Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| **3** Qualified UBIA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 34,160. |
| **4** Qualified UBIA allocated to SSTB . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0. |
| | |
| **K 1** Net income allocable to qualified payments from agricultural o  rtic   a   op . . . | |
| **2** Wages allocable to qualified payments from coop . . . . . . . . . . . . . . . . . . . | |
| **3** Form 1099PATR line 6 (DPAD) from coop(s) w/ tax year starting **befo**  1/1/2018 . . | |
| **4** Form 1099PATR line 6 (DPAD) from coop(s) w/ tax y ar starting **after** 12/31/17 . . . | |

DO NOT MAIL

MICHAEL V & SARAH WALKER                                                    -1813            5

Schedule C (CONSTRUCTION ): Profit or Loss from Business -- Smart Worksheet

### Carryovers to 2023 Smart Worksheet
*Enter carryovers from prior year below.*

|   |   | Regular Tax | QBI | Alternative Minimum Tax |
|---|---|---|---|---|
| A | Section 179 carryover *(enter as positive amount)* . . . | | | |
|   | **At-Risk Loss Carryovers** *(enter as negative amts)* | | | |
| B | Schedule C suspended loss  . . . . . . . . . . . | | | |
| C | Schedule D short-term suspended loss  . . . . . . . | | | |
| D | Schedule D long-term suspended loss . . . . . . . . | | | |
| E | Form 4797 ordinary suspended loss  . . . . . . . . | | | |
| F | Form 4797 long-term suspended loss  . . . . . . . . | | | |
|   | **Passive Loss Carryovers** *(enter as negative amts)* | | | |
| G | Schedule C suspended loss  . . . . . . . . . . . | | | |
| H | Schedule D short-term suspended loss  . . . . . . . | | | |
| I | Schedule D long-term suspended loss . . . . . . . . | | | |
| J | Form 4797 ordinary suspended loss  . . . . . . . . | | | |
| K | Form 4797 long-term suspended loss  . . . . . . . . | | | |

### Carryovers to 2023 Additional Info for Sectio  199A    duction
*Section 199A (QBI deduction) requires first-in-first-out use of previously  isallowed losses. Businesses qualified under Section 199A must complete this  ction for any previously disallowed losses.*

| | **Percen  ge    SSTB income (by category)** *Enter 100 for busine    s that were SSTBs in the year in question. If non-SST    ith income attributable to SST   en   he % attributable to SSTB. Otherwise,  nter 0. (No   equired if applicable % is 100%.)* | | | |
|---|---|---|---|---|
| | Applicable % | Op  ating % | Form 4797 ord | Form 4797 l/t |
| **2018** . . . . . . . | 100.0  | 0 | 0.00 | 0.00 |
| **2019** . . . . . . . | 100.00 | 0.00 | 0.00 | 0.00 |
| **2020** . . . . . . . | 100  00 | 0.00 | 0.00 | 0.00 |
| **2021** . . . . . . . | | 0.00 | 0.00 | 0.00 |
| **2022** . . . . . . . | 100. | 0.00 | 0.00 | 0.00 |

MICHAEL V & SARAH WALKER                                                -1813          6

Schedule C (CONSTRUCTION ): Profit or Loss from Business -- Smart Worksheet

| Carryovers to 2023 Smart Worksheet, Continued | Regular Tax | QBI |
|---|---|---|
| **Disallowed Section 179 Deduction by Year** | | |
| **Before 2018** . . . **A** Section 179 carryover. . . . . . . . . . . . . . . | | 0. |
| **2018** . . . . . . **B** Section 179 carryover. . . . . . . . . . . . . . . | | |
| **2019** . . . . . . **C** Section 179 carryover. . . . . . . . . . . . . . . | | |
| **2020** . . . . . . **D** Section 179 carryover. . . . . . . . . . . . . . . | | |
| **2021** . . . . . . **E** Section 179 carryover. . . . . . . . . . . . . . . | | |
| **2022** . . . . . . **F** Section 179 carryover. . . . . . . . . . . . . . . | | |
| **Disallowed At-Risk Losses by Year and Type** | | |
| **Before 2018** . . . **A** Operating loss . . . . . . . . . . . . . . . . . | | 0. |
| **B** Form 4797 ordinary loss . . . . . . . . . . | | 0. |
| **C** Form 4797 long-term loss . . . . . . . . . . | | 0. |
| **2018** . . . . . . **D** Operating loss . . . . . . . . . . . . . . . . . | | |
| **E** Form 4797 ordinary loss . . . . . . . . . . | | |
| **F** Form 4797 long-term loss . . . . . . . . . . | | |
| **2019** . . . . . . **G** Operating loss . . . . . . . . . . . . . . . . . | | |
| **H** Form 4797 ordinary loss . . . . . . . . . . | | |
| **I** Form 4797 long-term loss . . . . . . . . . . | | |
| **2020** . . . . . . **J** Operating loss . . . . . . . . . . . . . . . . . | | |
| **K** Form 4797 ordinary loss . . . . . . . . . . | | |
| **L** Form 4797 long-term loss . . . . . . . . . . | | |
| **2021** . . . . . . **M** Operating loss . . . . . . . . . . . . . . . . . | | |
| **N** Form 4797 ordinary loss . . . . . . . . . . | | |
| **O** Form 4797 long-term loss . . . . . . . . . . | | |
| **2022** . . . . . . **P** Operating loss . . . . . . . . . . . . . . . . . | | |
| **Q** Form 4797 ordinary loss . . . . . . . . . . | | |
| **R** Form 4797 long-term loss . . . . . . . . . . | | |
| **Disallowed Passive Losses by Year and Ty** | | |
| **Before 2018** . . . **A** Operating loss . . . . . . . . . . . . . . . . . | | 0. |
| **B** Form 4797 ord y loss . . . . . . . . . | | 0. |
| **C** Form 4797 long-te loss . . . . . . . . . | | 0. |
| **2018** . . . . . . **D** Operating loss . . . . . . . . . . . . . . . . . | | |
| **E** Form 479 din y . . . . . . . | | |
| **F** Form 4797 lo term loss . . . . . . . . . | | |
| **2019** . . . . . . **G** Operating loss . . . . . . . . . . . . . . . . . | | |
| **H** Form 4797 ordinary loss . . . . . . . . . . | | |
| **I** 797 long-term loss . . . . . . . . . . | | |
| **2020** . . . . . . **J** Operati loss . . . . . . . . . . . . . . . . . | | |
| **K** Form 479 ordinary loss . . . . . . . . . . | | |
| **L** Form 479 ong-term loss . . . . . . . . . . | | |
| **2021** . . . . . . **M** perati loss . . . . . . . . . . . . . . . . . | | |
| **N** Form 4797 ordinary loss . . . . . . . . . . | | |
| **O** Form 4797 long-term loss . . . . . . . . . . | | |
| **2022** . . . . . . **P** Operating loss . . . . . . . . . . . . . . . . . | | |
| **Q** Form 4797 ordinary loss . . . . . . . . . . | | |
| **R** Form 4797 long-term loss . . . . . . . . . . | | |

DO NOT MAIL

**MICHAEL V & SARAH WALKER**                                                    -1813            **7**

Schedule C (CONSTRUCTION ): Profit or Loss from Business -- Smart Worksheet



| | | Regular Tax | QBI | Alternative nimum Tax |
|---|---|---|---|---|
| | **Activity Summary Smart Worksheet** | | | |
| | Supporting information provided by program. NO ENTRIES ARE NEEDED. | | | |
| A | Ownership . . . . . . . . . . . . . . . . . . | Taxpayer | | |
| B | At risk status . . . . . . . . . . . . . . . . | All | | |
| C | Passive status . . . . . . . . . . . . . . . . | Nonpassive | | |
| | **Schedule C** | | | |
| D | Tentative profit (loss) . . . . . . . . . . . | 43,227. | 43 227. | 43,227. |
| E | Other adjustments . . . . . . . . . . . . . . | | | |
| F | At risk disallowed loss . . . . . . . . . . . | | | |
| G | Passive carryover loss . . . . . . . . . . . | | | |
| H | Passive disallowed loss . . . . . . . . . . . | | | |
| I | Net profit (loss) allowed . . . . . . . . . . | 43,22 | 43, 7. | 43,227. |
| | **Related Dispositions** | | | |
| J | Tentative profit (loss) . . . . . . . . . . . | | 0. | |
| K | At risk disallowed loss . . . . . . . . . . . | | | |
| L | Passive carryover loss . . . . . . . . . . . | | | |
| M | Passive disallowed loss . . . . . . . . . . . | | | |
| N | Net profit (loss) allowed . . . . . . . . . . | | 0. | |

MICHAEL V & SARAH WALKER                                                     -1813                 8

Schedule C (CONSTRUCTION ): Profit or Loss from Business -- Smart Worksheet

| QBI (Section 199A) Losses by Year Smart Worksheet (cont.) | | Regular Tax | QBI |
|---|---|---|---|
| **At-risk loss carryforwards to 2024** | | | |
| Before 2018 . . . . . . . . | **A** Operating loss . . . . . . . . . . . | | 0. |
| | **B** Form 4797 ordinary loss . . . . . . | | 0. |
| | **C** Form 4797 long-term loss . . . . . . | | 0. |
| 2018 . . . . . . . . . . . . | **D** Operating loss . . . . . . . . . . . | | |
| | **E** Form 4797 ordinary loss . . . . . . | | |
| | **F** Form 4797 long-term loss . . . . . . | | |
| 2019 . . . . . . . . . . . . | **G** Operating loss . . . . . . . . . . . | | |
| | **H** Form 4797 ordinary loss . . . . . . | | |
| | **I** Form 4797 long-term loss . . . . . . | | |
| 2020 . . . . . . . . . . . . | **J** Operating loss . . . . . . . . . . . | | |
| | **K** Form 4797 ordinary loss . . . . . . | | |
| | **L** Form 4797 long-term loss . . . . . . | | |
| 2021 . . . . . . . . . . . . | **M** Operating loss . . . . . . . . . . . | | |
| | **N** Form 4797 ordinary loss . . . . . . | | |
| | **O** Form 4797 long-term loss . . . . . . | | |
| 2022 . . . . . . . . . . . . | **P** Operating loss . . . . . . . . . . . | | |
| | **Q** Form 4797 ordinary loss . . . . . . | | |
| | **R** Form 4797 long-term loss . . . . . . | | |
| 2023 . . . . . . . . . . . . | **S** Operating loss . . . . . . . . . . . | | |
| | **T** Form 4797 ordinary los | | |
| | **U** Form 4797 long-term  ss . . . . . . | | |

Schedule C (CONSTRUCTION ): Profit or Loss fro   Busines    Smart Worksheet

| QBI (Section 199A) L   ses by Ye    Smart Worksheet (cont.) | | Regular Tax | QBI |
|---|---|---|---|
| **Passive losses** | | | |
| **Passive loss carryforwards to 2024** | | | |
| Before 2018 . . . . . . . . | **A**    ti g Lo  . . . . . . . . . . . | | 0. |
| | **B** F  m 4797 ordinary loss . . . . . . | | 0. |
| | **C** Form  797 long-term loss . . . . . . | | 0. |
| 2018 . . . . . . . . . . . . | **D** Operatin   oss . . . . . . . . . . . | | |
| | **E** Form 4797 ordinary loss . . . . . . | | |
| | Form 4797 long-term loss . . . . . . | | |
| 2019 . . . . . . . . . . . . | **G** Operating loss . . . . . . . . . . . | | |
| | **H**  orm 4797 ordinary loss . . . . . . | | |
| | **I**  orm 4797 long-term loss . . . . . . | | |
| 2020 . . . . . . . . . . . . | Operating loss . . . . . . . . . . . | | |
| | **K** Form 4797 ordinary loss . . . . . . | | |
| | **L** Form 4797 long-term loss . . . . . . | | |
| 2021 . . . . . . . . . . . . | **M** Operating loss . . . . . . . . . . . | | |
| | **N** Form 4797 ordinary loss . . . . . . | | |
| | **O** Form 4797 long-term loss . . . . . . | | |
| 2022 . . . . . . . . . . . . | **P** Operating loss . . . . . . . . . . . | | |
| | **Q** Form 4797 ordinary loss . . . . . . | | |
| | **R** Form 4797 long-term loss . . . . . . | | |
| 2023 . . . . . . . . . . . . | **S** Operating loss . . . . . . . . . . . | | |
| | **T** Form 4797 ordinary loss . . . . . . | | |
| | **U** Form 4797 long-term loss . . . . . . | | |

DO NOT MAIL

MICHAEL V & SARAH WALKER                                          1813            9

Schedule 8812: Additional Child Tax Credit -- Smart Worksheet

| **Line 21 Smart Worksheet** |
|---|

If your employer withheld or you paid Additional Medicare Tax or Tier 1 RRTA taxes, use this worksheet to figure the amount to enter on line 21.

**Social Security tax, Medicare tax, and Additional Medicare Tax on Wages.**

| | | |
|---|---|---|
| A | Enter the social security tax withheld (Form(s) W-2, box 4) . . . . . . . . . . . . . . . . . | 0. |
| B | Enter the Medicare tax withheld (Form(s) W-2, box 6). Box 6 includes any Additional Medicare Tax withheld . . . . . . . . . . . . . . . . . . . . | 0. |
| C | Enter any amount from Form 8959, line 7 . . . . . . . . . . . . . . . . . . . . . | |
| D | Add line A, B, and C . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | . |
| E | Enter the Additional Medicare Tax withheld (Form 8959 line 22) . . . . . . . . . . | |
| F | Subtract line E from line D . . . . . . . . . . . . . . . . . . . . . . . . . . | 0. |

**Additional Medicare Tax on Self-Employment Income.**

| | | |
|---|---|---|
| G | Enter one-half of the Additional Medicare Tax, if any, on self-employment income (one-half of Form 8959, line 13) . . . . . . . . . . . . . . . . . . . | 0. |

**Tier 1 RRTA taxes as an employee of a railroad** (enter amounts on lines H, I, and **or employee representative** (enter amounts on lines L, M, N, and O). Do not include amounts on Form W-2, box 14 that are identified as Additional Medicare Tax or Tier 2 tax. Do not include amounts shown on Form CT-2 on line 3 for Additional Medicare Tax or line 4 for Tier 2 tax.

| | | |
|---|---|---|
| H | Enter the Tier 1 tax (Form(s) W-2, box 14). . . . . . . . . . . . . . . . . . . | 0. |
| I | Enter the Medicare Tax (Form(s) W-2, box 14) . . . . . . . . . . . . . . . . . . | 0. |
| J | Enter the Additional Medicare Tax, if any, or RRTA compensation as an employee (Form 8959, line 17). Do not use the same amount from Form 8959, line 17 for both this line J and line N . . . . . . . . . . . . . . . . . . . | |
| K | Add lines H, I, and J . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0. |
| L | Enter one-half of Tier 1 tax (one-half of Forms CT-2, line 1 for all 4 quarters of 2023) . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| M | Enter one-half of Tier 1 Medicare tax (one-half of Forms CT-2, line 2 for all 4 quarters of 2023) . . . . . . . . . . . . . . . . . . . . . . . . . | |
| N | Enter one-half of the Additional Medicare Tax, if any, on RRTA compensation as an employee representative (one-half of Form 8959, line 17). Do not use the the same amount from Form 8959, this line N and line J . . . . . . . . . . | |
| O | Add line L, M, and N . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |

**Line 21 Amount**

| | | |
|---|---|---|
| P | Add line F, G, K, Enter here and on Schedule 8812, line 21 . . . . . . . . . . | 0. |

Form 8867: Paid Preparer's Due Diligence Checklist -- Smart Worksheet

| **Paid Preparer Smart Worksheet** |
|---|

**If different** from the preparer who will sign the return, select the paid preparer who determined the taxpayer's eligibility for, and amount of, the Earned Income Credit (EIC), Child Tax Credit (CTC), American Opportunity Tax Credit (AOTC), or Additional Child Tax Credit (ACTC).

| | | |
|---|---|---|
| A | Enter paid preparer code from Firm/Preparer Info. . . . . . . . . . . . . . . . | 01 |

DO NOT MAIL

MICHAEL V & SARAH WALKER                                                    -1813          10

Schedule C (CONSTRUCTION ): Profit or Loss from Business -- Form 8829: Exp for Business Use of Home -- Smart Worksheet

### Simplified Method Smart Worksheet

Simplified method election for Home Office expenses:
Do you elect to use the simplified method in **2023**? . . . . . . . . . . . .  ☐ Yes ☒ No
Did you elect to use the simplified method in **2022**? . . . . . . . . . . . .  ☐ Yes ☒ No

| | | |
|---|---|---|
| A | Gross income limitation . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| B | Enter the square footage of your office . . . . . . . . . . . . . . . | _____ |
| C | The lesser of the square footage of your office or 300 . . . . . . . | _____ |
| D | Number of months in 2023 this home office was used at least 15 days | |
| | during the month . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| E | Business percentage for daycare facilities (if applicable, or 100.00 if not) | _____ % |
| F | Line C times line D divided by 12 times $5.00 times line E . . . . . | _____ |
| G | Allowable Simple Method deduction. Enter the lesser of line A or line F . . . . . | _____ |

Schedule C (CONSTRUCTION ): Profit or Loss from Business -- Form 8829: Exp f  Bu  ess U  of Home -- Smart Worksheet

### Line 8 Calculation Smart W    heet

| | | |
|---|---|---|
| A | Enter the date you began using this home office for this business . . . . . . . . . . | 01/01/2019 |
| B | Enter the percent of gross income on line 7 of Schedule C that | |
| | is from the business use of this home . . . . . . . . . . . . . . . . . . . . . . | 100.00 % |
| C 1 | Calculated gain from business use of this home o  hedule D or Form 4797 . . . . | _____ |
| 2 | Adjustments to calculated gain . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| 3 | Net gain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| D 1 | Calculated loss from this business not deriv  f om business  se of home | |
| | and shown on Schedule D or Form 4797 . . . . . . . . . . . . . . . . . . . | _____ |
| 2 | Adjustments to calculated loss (enter  ditional loss  as a negative number) . . . | _____ |
| 3 | Net loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |

Schedule C (CONSTRUCTION ): Profit or Loss from B  iness -- Form 8829: Exp for Business Use of Home -- Smart Worksheet

**Important:** This form calculates a    porary" tax provision. This credit will be calculated for eligible
payees prior to the expiration date sho   below. If the expiration date shows
"Expired", this information will not be used  any calculations or included in your return. Expired
temporary provisions    metimes renewed retroactively, so completing info for expired provisions will
allow this return to   tomatic   be updated if/when this provision is renewed.

| Temporary tax p  vision | Expiration Date |
|---|---|
| Mortgage Insuranc  emium  eduction (sec. 163(h)(3)) | Expired |

Tax History Rep    - Smart Worksheet

### Preparation Fee Smart Worksheet

| | | | | |
|---|---|---|---|---|
| Preparation fee . . | 205.00 | 461.60 | | 272.00 | 272.00 |

# IDAHO
State Tax Commission

## Form ID-VP — Instructions
## Income Tax Voucher Payment

# 2023

*Only use this voucher when sending a payment without a return*.

Choose one of the following:

- Pay *securely* online through our Taxpayer Access Point (TAP) at **tax.idaho.gov/quickpay**. Visit **tax.idaho.gov/epay** for more information about other electronic payment options.

- Pay by mail

  Complete the voucher below by entering:

  - Your name, address, and Social Security number (SSN) or EIN

  - Spouse's name and SSN, if joint individual return

  - The tax type of your return

  - The filing period of your return

    o Individuals: Enter 1223

    o Businesses: Enter your fiscal year ending date using the two-digit abbreviations for month and year
      **Example:** September 2023 is entered as **0923**

  - The amount you're paying by check or money order

  Make your check or money order payable to the Idaho State Tax Commission. Don't staple your check to your voucher or send a check st

  Mail your voucher and payment to the address on the voucher.

If the full amount of your tax due isn't received or postmarked on or before the due date of your return, we'll charge you penalty and interest on the balance of the tax due.

Contact us:

In the Boise area: (208) 334-7660 | Toll free: (800) 972-7660
Hearing impaired (TDD) (800) 377-3529
**tax.idaho.gov/contact**
Original

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# IDAHO
State Tax Commission
REV 03/05/24 PRO

## Form ID-VP
## Income Tax Voucher Payment

# 2023

Mail to:                                    1030
Idaho State Tax Commission
PO Box 83784
Boise ID 83707-3784

| Tax type | Filing period | Scan code | Amount paid with voucher | |
|---|---|---|---|---|
| ☒ Individual (01) | 1 | **95** | $        2,482. | **00** |
| ☐ Business (05) | | | | |

| Name as shown on your individual or business return | Full Social Security number or EIN |
|---|---|
| MICHAEL V                WALKER | -1813 |

| Spouse's name, if a joint individual return | Full Spouse's Social Security number |
|---|---|
| SARAH                    WALKER | -9702 |

Current mailing address
620 PIONEER MOUNTAIN LOOP

| City | State | ZIP Code |
|---|---|---|
| JEROME | ID | 83338 |

EFO00316   08-23-2023

542211813 519119702 WALK 01 1223 A 95 8

**Don't Staple**

**IDAHO** State Tax Commission

**Form 40** Individual Income Tax Return

**2023**

**Amended Return?** Check the box.

See page 7 of the instructions for the reasons to amend, and enter the number that applies.

State Use Only

WALK

For calendar year 2023 or fiscal year beginning _____ , ending _____

**Please Print or Type**

| | | |
|---|---|---|
| Your first name and initial  MICHAEL V | Your last name  WALKER | Your Social Security number (SSN)  1813 — Deceased in 2023 |
| Spouse's first name and initial  SARAH | Spouse's last name  WALKER | Spouse's Social Security number (SSN)  —9702 — Deceased in 2023 |
| Current mailing address  620 PIONEER MOUNTAIN LOOP | | Forms and instruct s avail le at t  idaho.g |
| City  JEROME | State  ID  ZIP Code  83338 | Foreign country (if not U.S |

**Filing Status.** Check only one box. **If married filing jointly or separately, enter spouse's na  cial Security number above.**

1. ☐ Single   2. ☒ Married filing jointly   3. ☐ Married filing separately   4. ☐ Head of household   ☐ a  ng surviving spouse ith qualifying dependents

**Household. See instructions, page 7.** If someone can claim you as a dependent, leave line 6  k. Enter  on lines 6a and 6b, if they apply.

6a. Yourself ___1___   6b. Spouse ___1___   6c. Dependents ___4___   6d. T  al h  ehold ___6___

List your dependents below. If you have more than four dependents, continue  39R Enter  otal number on line 6c.

| Dependent's first name | Dependent's last name | Depen ent's SSN | Dependent's birthdate (mm/dd/yyyy) |
|---|---|---|---|
| | WALKER | —2655 | 10/02/2012 |
| | WALKER | —8517 | 07/29/2015 |
| | WALKER | —9874 | 04/15/2017 |
| | WALKER | —2717 | 10/01/2018 |

**Don't Staple**

**Income. See instructions, page 7.**

| | | | |
|---|---|---|---|
| 7. Enter your federal adjusted gross income from fede  Form 10  or 1040-SR, line 11. Include a complete copy of your federal return .... | | 7 | 111709 00 |
| 8. Additions from Form 39R, Part A, line 7. Include Fo  39R ........ | | 8 | 00 |
| 9. Total. Add lines 7 and 8 ................................................................ | | 9 | 111709 00 |
| 10. Subtractions from Form 39R, Part B, line 24. Incl  Form 39R ....... | | 10 | 00 |
| 11. **Total Adjusted Income.** Subtract line  line 9 ....................... | | 11 | 111709 00 |

**Tax Computation. See instructions, page**

Standard Deduction for Most People

Single or Married Filing Separately: $13,850

Head of Household: $20,800

Married Filing Jointly or Qualifying Surviving Spouse: $27,700

12. Check —
a. If age 65 or older .... ☐ Yourself ☐ Spouse
b. ☐ Yourself ☐ Spouse
c. If your pa  nt or someone else can claim you as a depen  heck here and enter zero on line 43 ....... ☐

| | | |
|---|---|---|
| 13. Itemized dedu  ns I  ude federal Schedule A. Federal limits apply .......................... | 13 | 00 |
| 14. St  an  cal income or general sales taxes included on federal Schedule A ............. | 14 | 00 |
| 15.  btract line  from line 13. If you don't use federal Schedule A, enter zero ................. | 15 | 00 |
| 16.  ndard ded  tion. See instructions, page 8, to determine amount if not standard ...... | 16 | 27700 00 |
| 17. Sub  t the  arger of line 15 or 16 from line 11. If less than zero, enter zero ............... | 17 | 84009 00 |
| 18. Qualified  siness income deduction. If less than zero, enter zero ............................. | 18 | 2412 00 |
| 19. Idaho taxable income. Subtract line 18 from line 17 .................................................. | 19 | 81597 00 |
| 20. Tax from worksheet. See instructions, page 9 .......................................................... | 20 | 4212 00 |

REV 03/05/24 PRO

**Continue to page 2.**

**Return and payment - Mail to:** Idaho State Tax Commission, PO Box 83784, Boise, ID 83707-3784

**Return only - Mail to:** Idaho State Tax Commission, PO Box 56, Boise, ID 83756-0056

**Include a complete copy of your federal return.**

EFO00089   08-23-2023

Page 1 of 2

0 2 3 1 5 0 3 0

IDAHO State Tax Commission

Form 40   1030   2023   (continued)

| | | | |
|---|---|---|---|
| 21. Tax amount from line 20 ........................................ | | 21 | 4212 00 |

## Credits. Limits apply. See instructions, page 9.

| | | | | |
|---|---|---|---|---|
| 22. Income tax paid to other states. Include Form 39R and a copy of other states' returns .... ▪ | 22 | | 00 | |
| 23. Total credits from Form 39R, Part D, line 4. Include Form 39R .................................. | 23 | 200 | 00 | |
| 24. Total business income tax credits from Form 44, Part I, line 10. Include Form 44 ...... | 24 | | 00 | |
| 25. Idaho Child Tax Credit. Computed amount from worksheet on page 10 ................... ▪ | 25 | 820 | 00 | |
| 26. **Total Credits.** Add lines 22 through 25 ...................................................... | | | 26 | 1020 00 |
| 27. Subtract line 26 from line 21. If line 26 is more than line 21, enter zero ................... | | | 27 | 3192 00 |

## Other Taxes. See instructions, page 10.

| | | |
|---|---|---|
| 28. Fuels use tax due. Include Form 75 ....................................................... | 28 | 00 |
| 29. **Sales/use tax due on untaxed purchases (online, mail order, and other)** ................. | 29 | 00 |
| 30. Total tax from recapture of income tax credits from Form 44, Part II, line 6. Include Form 44 .... | 3 | 00 |
| 31. Tax from recapture of qualified investment exemption (QIE). Include Form 49ER ........... ▪ | 31 | 00 |
| 32. Permanent building fund tax. Check the box if you received Idaho public assistance payments for 2023 .......................... ▪ ☐ | 3 | 10 00 |
| 33. **Total Tax.** Add lines 27 through 32 ....................................................... | 33 | 3202 00 |

## Donations. See instructions, page 10.   I want to donate to:

| | | |
|---|---|---|
| 34. Idaho Nongame Wildlife Fund ......... ▪ _____ | 35. Idaho Children's Trust Fund ........ ▪ _____ | |
| 36. Special Olympics Idaho ................. ▪ _____ | 37. Idaho Guard & Reserve ............... ▪ _____ | |
| 38. American Red Cross of Idaho Fund .. ▪ _____ | 39. Veterans Support Fund .... ▪ _____ | |
| 40. Idaho Food Bank Fund ................... ▪ _____ | 41. Opportunity Schola  ip Prog  m ▪ _____ | |
| 42. **Total Tax Plus Donations.** Add lines 33 through 41.............................................. | | 42 | 3202 00 |

## Payments and Other Credits.

| | | | |
|---|---|---|---|
| 43. Grocery Credit. Computed amount from worksheet on page 11 .... ............ ▪ ___720___ | | | |
| **To receive your grocery credit**, enter the computed amount on  ne 43 ............................ ▪ | | 43 | 720 00 |
| To donate your grocery credit to the Cooperative Welfare Fund, che   he box and enter zero on line 43 ▪ ☐ | | | |
| 44. Maintaining a home for family member age 65 or older or dev  pm   lly disabled. Include Form 39R ... ▪ | | 44 | 00 |
| 45. Special fuels tax refund _____ Gasoline tax refund _____ Include Form 75 .... | | 45 | 00 |
| 46. Idaho income tax withheld. Include Form W-2s and any 1099s that show  aho withholding ....... ▪ | | 46 | 00 |
| 47. 2023 Form 51 estimated payments and amount app  d from   22 return ............................ ▪ | | 47 | 00 |
| 48. Paid by entity _____ Withheld ▪ _____ ABE _____ See instructions ...... | | 48 | 00 |
| 49. Tax Reimbursement Incentive credit ▪ _____ Cl  m of Right cr  t ▪ _____ See instructions ... | | 49 | 00 |
| 50. **Total Payments and Other Credits.** Add lines 43 th   gh 49 ...................................... | | 50 | 720 00 |

## Tax Due or Refund. See instructions, page 12.

| | | | |
|---|---|---|---|
| 51. **Tax Due.** If line 42 is more than line 50, subtract l   50 from line 42 ................... ▪ | 51 | | 2482 00 |
| 52. Penalty ▪ _____ Interest fro  t _____ Enter amount ............................ | 52 | | 00 |
| Check box if penalty is caused by an unq  ified Idaho medical savings account withdrawal ..... ▪ ☐ | | | |
| 53. Nonrefundable credit from a prior year return. S  Form 44 instructions .......................... ▪ | 53 | | 00 |
| 54. **Total Due.** Add lines 51 and 52, then subtract line ........................................... ▪ | 54 | | 2482 00 |
| 55. **Overpaid.** If line 42 is less th   50, subtract lines 42 and 52 from line 50 .............. ▪ | 55 | | 00 |
| 56. **Refund** .......... ▪ _____ Apply to 2024 ......... ▪ _____ | | | |

| | |
|---|---|
| 57. **Direct Deposit. See ins  uctions, pag  13.** ▪ ☐ Check if final deposit destination is outside the U.S. | Type of ▪ ☐ Checking Account: ▪ ☐ Savings |
| ▪ Routing No. ☐☐☐☐☐☐☐☐☐   Account No. ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ | |

## Amended Return  nly.   mplete this section to determine your tax due or refund. See instructions.

| | | |
|---|---|---|
| 58. Total due (lin   54) or over   d (line 55) on this return ............................................ | 58 | 00 |
| 59. Refund from   inal return p  s additional refunds .................................................. ▪ | 59 | 00 |
| 60. Tax paid with orig   l retu   plus additional tax paid ............................................ ▪ | 60 | 00 |
| 61. Amended tax due or   nd. Add lines 58 and 59 then subtract line 60 ............................. ▪ | 61 | 00 |

☐ Within 180 days of receiving this return, the Idaho State Tax Commission may discuss this return with the paid preparer identified below. Under penalties of perjury, I declare that to the best of my knowledge and belief this return is true, correct, and complete. See instructions.

| Sign Here | Your signature (required) ▪ | Spouse's signature (if a joint return, both must sign) ▪ | Date |
|---|---|---|---|
| | Paid preparer's signature | Preparer's EIN, SSN, PTIN | Taxpayer's phone number |
| | 07-31-2024 | ▪ 83-2426691 | |

| Preparer's address MARVINS TAX & ACCOUNTING SERVICE | State | ZIP Code | Preparer's phone number | |
|---|---|---|---|---|
| 3936 DUNDEE DR NEW PLYMUTH | ID | 83655 | (208) 484-0655 | |

EFO00089   08-23-2023   REV 03/05/24 PRO   Page 2 of 2

0 2 3 1 5 2 3 0

# IDAHO
State Tax Commission

**Form 39R**
**Resident Supplemental Schedule**

1030

**2023**

| Names as shown on return | Social Security number |
|---|---|
| MICHAEL V & SARAH WALKER | -1813 |

**A. Additions. See instructions, page 27.**

| | | | |
|---|---|---|---|
| 1. Federal net operating loss deduction included on Form 40, line 7 ......................... • | 1 | | 00 |
| 2. Capital loss carryover incurred outside the state before becoming an Idaho resident ........... • | 2 | | 00 |
| 3. Non-Idaho state and local bond interest and dividends ................................... • | 3 | | 00 |
| 4. Idaho college savings account withdrawal ................................................ • | 4 | | 00 |
| 5. Bonus depreciation. Include federal Form 4562s | 5 | | 00 |
| Check the box if you have a current year loss limitation. See instructions • ☐ ................. | | | |
| 6. Other additions. Include explanation ..................................................... • | 6 | | 00 |
| 7. Total additions. Add lines 1 through 6. Enter here and on Form 40, line 8 ................... | 7 | | 00 |

**B. Subtractions. See instructions, page 29.**

| | | | | | |
|---|---|---|---|---|---|
| 1. Idaho net operating loss carryover • _____ | | | | | |
| Idaho net operating loss carryback • _____ Enter total here ................ | 1 | | 00 | | |
| 2. State income tax refund, if included in federal income ........................... • | 2 | | 00 | | |
| 3. Interest from U.S. government obligations ...................................... • | 3 | | 00 | | |
| 4. Energy efficiency upgrades    Description _____ ................ • | 4 | | 00 | | |

5. Alternative energy device deduction

| | Year Acquired | Type of Device | Total Cost | | Percentage | | | | |
|---|---|---|---|---|---|---|---|---|---|
| a. | 2023 | | $ | X | 40% | = | 5a • | | 00 |
| b. | 2022 | | $ | X | 2 % | = | 5b • | | 00 |
| c. | 2021 | | $ | X | 20% | = | 5c • | | 00 |
| d. | 2020 | | $ | X | 20% | = | 5d • | | 00 |
| | e. Add lines 5a through 5d. Can't exceed $ 000 .......... | | | | | • | 5e | | 00 |

| | | | |
|---|---|---|---|
| 6. Child/dependent care. Complete worksheet page 30, and include federal Form 2441 ..... • | 6 | | 00 |
| 7. Social Security and railroad benefits, if included in federal income ...................... • | 7 | | 00 |
| 8. Retirement benefits deduction. See instructions for qualifications. | | | |

| | | | |
|---|---|---|---|
| a. If single, enter $43,524 or if married, enter $65,286 • | 8a | | 00 |
| b. Federal Railroad Retirement benefits received ........................... • | 8b | | 00 |
| c. Social Security benefits received ....... | 8c | | 00 |
| d. Line 8a minus lines 8b and 8c. If less than zero, enter zero ....... | 8d | | 00 |
| e. Qualifying retirement benefits included in federal income .......... • | 8e | | 00 |
| f. Enter the smaller of line 8d or 8e here ... | | | |

| | | | |
|---|---|---|---|
| f. Enter the smaller of line 8d or 8e here .................................. • | 8f | | 00 |
| 9. Technological equipment donation .................................................. • | 9 | | 00 |
| 10. Idaho capital gain deduction. Include Form CG ....................................... • | 10 | | 00 |
| 11. Active duty military pay earned outside of Idaho .................................... • | 11 | | 00 |
| 12. Adoption expenses ................................................................ • | 12 | | 00 |
| 13. Idaho medical savings account. Contributions _____ Interest _____ | 13 | | 00 |
| Financial institution _____ Account number _____ • | | | |
| 14. Idaho college savings program ..................................................... • | 14 | | 00 |
| 15. Home for the aged or developmentally disabled. Complete Part E, line 3 ............... • | 15 | | 00 |
| 16. Idaho lottery winnings, less than $600 per prize .................................... • | 16 | | 00 |
| 17. Income earned on a reservation by an American Indian ............................... • | 17 | | 00 |

REV 03/05/24 PRO

**IDAHO** State Tax Commission

**Form 39R   2023**   1030 (continued)

| Names as shown on return | Social Security number |
|---|---|
| MICHAEL V & SARAH WALKER | -1813 |

| | | | |
|---|---|---|---|
| 18. Health insurance premiums ........................................................... • | 18 | | 00 |
| 19. Long-term care insurance ............................................................. • | 19 | | 00 |
| 20. Workers' compensation insurance ................................................ • | 20 | | 00 |
| 21. Bonus depreciation. Include Form 4562s ...................................... • | 21 | | 00 |
| 22. First-time home buyer savings account.    Contributions _____    Interest _____ | | | |
| Financial institution _____    Account number _____ | | | |
| • ☐ By checking the box, I attest that I am a first-time home buyer. See instructions. • | 22 | | 00 |
| 23. Other subtractions. Include explanation ....................................... • | 23 | | 00 |
| 24. Total subtractions. Add lines 1 through 4, 5e through 7, and 8f through 23. Enter here and on Form 40, line 10 ......................................... | 24 | | 00 |

**C. Credit for income tax paid to other states. See instructions, page 37.**

This credit is being claimed for taxes paid to:    • _____    (State name)

| | | | |
|---|---|---|---|
| 1. Idaho tax, Form 40, line 20. Enter amount here ................................ | 1 | 00 | Include a copy of the income tax return and **a separate Form 39R** for each state for which a credit is claimed. |
| 2. Federal adjusted gross income earned in other state and taxed by both states adjusted for Idaho modifications. See instructions ...... • | | 00 | |
| 3. Idaho adjusted income. See instructions ........................................ | 3 | 00 | |
| 4. Divide line 2 by line 3. Enter percentage here ............................... | | % | |
| 5. Multiply line 1 by line 4. Enter amount here ................................... | 5 | | 00 |
| 6. Other state's tax due minus its income tax credits. See instructions ...... • | 6 | | 00 |
| 7. Enter the smaller of lines 5 or 6 here and on Form 40, line 22 ........... | 7 | | 00 |

**D. Credits for Idaho educational entity and Idaho youth and rehabilitation facility contributions, and live organ donation expenses. See instructions, page 37.**

| | | | |
|---|---|---|---|
| 1. Credit for Idaho educational entity contributions ........................... • | 1 | | 00 |
| 2. Credit for Idaho youth and rehabilitation facility contributions ........ • | 2 | 200 | 00 |
| 3. Credit for live organ donation expenses ....................................... • | 3 | | 00 |
| 4. Total credits. Add lines 1 through 3. Enter total here and on Form 40, line 23 ...... | 4 | 200 | 00 |

**E. Maintaining a home for a family member age 65 or older or a family member with a developmental disability. See instructions, page 39.**

1. Did you maintain a home for an immediate family member age 65 or older (not including you and your spouse) and provide more than one-half of that person's support? ..................   ☐ Yes   ☐ No

2. Did you maintain a home for an immediate family member with a developmental disability (including you and your spouse) and provide more than one-half of that person's support? ....   ☐ Yes   ☐ No

3. List each family member you're claiming:

| Family Member's Name | | Family Member's Social Security Number | Relationship to Person Filing Return | Family Member's Birthdate (mm/dd/yyyy) | Check Here if Developmentally Disabled |
|---|---|---|---|---|---|
| First Name | Last Name | | | | ☐ |
| | | | | | ☐ |
| | | | | | ☐ |

| | | | |
|---|---|---|---|
| 4. Total amount claimed ($100 for each qualifying member but not more than $300). Enter here and on Form 40, line 44 ...... | 4 | | 00 |

**F. Dependents: (Continued from Form 40, page 1, line 6)**

| First Name | Last Name | Social Security Number | Birthdate (mm/dd/yyyy) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Capital Gains Worksheet**                                        **2023**

► Keep for your records — **Do Not File**

| Name | Social Security Number |
|------|------------------------|
| MICHAEL V & SARAH WALKER | –1813 |

## List Qualifying Capital Gains and Losses

| 1 | (a) Description of property and Idaho location | (b) Date acquired (month, day, year) | (c) Date sold (month, day, year) | (d) Sales price | (e) Cost or other basis | (f) **Gain** or **(loss)** |
|---|---|---|---|---|---|---|
| * | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

\* Enter an 'X' if this transaction is eligible for the Idaho Capital Gains Deduct

2    Amount of gain (loss) from federal Form 6252 **not qualifying** for Idaho Ca   tal
      Gains Deduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

3    Amount of gain (loss) from federal Form 4797 **not qualifying** for    ho C
      Gains Deduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

## List Qualifying Capital Gains or Losses from Partne ships, S Corpo ation, Estates or Trust

| 4 | (a) Desc property and Idaho location | (b) Date acquired (month, day, year) | (c) Date sold (month, day ye ) | (d) ss Thr h Entity (PTE) EIN | (e) Sales price | (f) Cost or other basis | (g) **Gain** or **(loss)** |
|---|---|---|---|---|---|---|---|
| * | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

\* Enter an 'X' if this transaction is eligible for the Idaho Capital Gains Deduction.

## List Qualifying Home Sale

| 1a | ( n of property l locatio | (b) Date acquired (month, day, year) | (c) Date sold (month, day, year) | (d) Sales price | (e) Cost or other basis | (f) **Gain** or **(loss)** |
|---|---|---|---|---|---|---|
| * | | | | | | |
| | Main H   le; BARE GROUND   NEER MT LOOP | 10/01/2021 | 02/17/2023 | 99,523. | 50,227. | 49,296. |
| | Main Home S   RE GR   PIONEER MT LOOP | 10/01/2021 | 04/27/2023 | 85,000. | 50,227. | 34,773. |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

\* **Enter an 'X' if this transaction is eligible for the Idaho Capital Gains Deduction.**

2a   Amount of gain (loss) from Qualifying Home Sales
      **qualifying** for Idaho Capital Gains Deduction . . . . . . . . . . . . . . . . . . . . . . . . . _____

## STATE REQUIRED INFORMATION

State Required Information
The Idaho State Tax Commission requires the following information be presented to all taxpayers.

Refund Status:
Typical refund time frames are 7-8 weeks for e-filed returns and 10 -11 weeks for paper returns. There are some exceptions. For more information, please visit ISTC website.
https://tax.idaho.gov/refundinfo

Tax Due Expectations:
Direct Debit:
Please make sure your payment processing date is not beyond the expected     date in order to avoid possible penalty. The date you enter with your payment will be     date you can expect it to be taken from your account. The bank routin  a      ount numbers you enter are for your state tax payment. This is only the paymen  requ  t  t is your responsibility to review your bank statement to confirm that thi  t ansaction was successful.

Quick Pay:
Quick Pay is accurate, efficient, and a fast way to      your  ax payment. An SSN or EIN are the only taxpayer ID needed to make a Quick Pay  nt f   come tax, estimated, and audit payments.
https://tax.idaho.gov/epay

Mail:
Return and payment
IDAHO STATE TAX COMMISSION
PO BOX 83784
BOISE ID 83707-3784

Returns only
IDAHO STATE TAX COMMISSION
PO BOX 56
BOISE ID 83756-0056

Taxpayer Identity and   curity:
ISTC requires the DL/ID card  mber be included with the return but won't reject the return if it's not. Provide you  driver's license or identity card number when you e-file to help y ur refund process faster.
https://tax. aho. v/refundinfo

Idaho Ident  y Theft
https://tax. aho.go  guides/protecting-your-identity/identity-theft/

DO NOT MAIL

MICHAEL V & SARAH WALKER                                                    -1813              1

# Smart Worksheets From 2023 Idaho Tax Return

Form 40: Individual Income Tax Return -- Smart Worksheet

| **Tax Calculation Smart Worksheet** | |
|---|---|
| **1** Enter the amount of Idaho taxable income from Form 40, line 19 . . . . . . . . . . . . . | 81,597. |
| **2** Enter the amount shown below for your filing status: . . . . . . . . . . . . . . . . . . . . . | |
|    ● Single or married filing separately, enter $4,489 | |
|    ● Married filing jointly, head of household, or qualifying surviving spouse, enter $8,978 | 8,9  . |
| **3** Subtract line 2 from line 1. Enter the subtotal . . . . . . . . . . . . . . . . . . . . . | 2,619. |
| **4** Multiply subtotal by 5.8% . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 212. |
| **5** Idaho tax. Enter the total here and on Form 40, line 20 . . . . . . . . . . . . . . . . . | 4,212. |

Form 40: Individual Income Tax Return -- Form 39R: Resident Supplemental Schedule Smart Worksheet

| **Prior Year Retirement Adjustment Smart Worksheet** | |
|---|---|
| **A** Prior year disaster retirement distribution taxed in current year (include in FAGI) . . . . | 0. |
| **B** Railroad retirement income included on line A above . . . . . . . . . . . . . . . . . . . . | |
| **C** Prior year qualified retirement income included on line A above . . . . . . . . . . . . . . | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Michael V Walker | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders          12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.   11 U.S.C. § 101.   Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**   List the 20 Unsecured Claims in Order from Largest to Smallest.   Do Not Include Claims by Insiders.

|  |  |  | Unsecured claim |
|---|---|---|---|
| **1** | Home Depot Credit Services<br>PO Box 790328<br>Saint Louis, MO 63179 | What is the nature of the claim? Trade debt<br><br>As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☒ None of the above apply<br><br>Does the creditor have a lien on your property?<br>☒ No<br>☐ Yes. Total claim (secured and unsecured)<br>　　　Value of security:<br>　　　Unsecured claim | $41,196.33 |
| | Contact<br>Contact phone | | |
| **2** | Idaho State Tax Commission<br>PO Box 36<br>Boise, ID 83722-0410 | What is the nature of the claim? Taxes<br><br>As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☒ None of the above apply<br><br>Does the creditor have a lien on your property?<br>☒ No<br>☐ Yes. Total claim (secured and unsecured)<br>　　　Value of security:<br>　　　Unsecured claim | $6,042.60 |
| | Contact<br>Contact phone | | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    Michael V Walker _____    Case number (if known) _____

---

**3**

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

_____

_____

Contact

_____

Contact phone

**What is the nature of the claim?**    Taxes    $1,636.35

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:                          - _____
      Unsecured claim                            _____

---

**4**

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

_____

_____

Contact

_____

Contact phone

**What is the nature of the claim?**    Taxes    $889.94

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:                          - _____
      Unsecured claim                            _____

---

**5**

Jerome County
Tevian Kober, Tax Collector
300 N. Lincoln, Ste 309

Jerome, ID 83338

_____

_____

Contact

_____

Contact phone

**What is the nature of the claim?**    Taxes    $936.15

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:                          - _____
      Unsecured claim                            _____

---

**6**

Jerome County
Tevian Kober, Tax Collector
300 N. Lincoln, Ste 309

Jerome, ID 83338

_____

_____

Contact

**What is the nature of the claim?**    Taxes    $931.35

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:                          - _____

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Michael V Walker                                    Case number *(if known)* _____

Contact phone                              Unsecured claim                    _____

| 7 | | | | |
|---|---|---|---|---|

Jerome County
Tevian Kober, Tax Collector
300 N. Lincoln, Ste 309

Jerome, ID 83338

**What is the nature of the claim?**    Taxes          $930.89

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                - _____
   Unsecured claim                     _____

_____

Contact _____

Contact phone _____

| 8 | | | | |
|---|---|---|---|---|

Overhead Door Co of SW Idaho
PO Box 38
New Plymouth, ID 83655

**What is the nature of the claim?**    Trade debt        $6,694.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                - _____
   Unsecured claim                     _____

_____

Contact _____

Contact phone _____

| 9 | | | | |
|---|---|---|---|---|

Partner's Insulation of Twin Falls,
LLC
PO Box 190155
Boise, ID 83719

**What is the nature of the claim?**    Trade debt        $1,100.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                - _____
   Unsecured claim                     _____

_____

Contact _____

Contact phone _____

| 10 | | | | |
|---|---|---|---|---|

Qualified Plumbing
1465 E 4450 N
Buhl, ID 83316

**What is the nature of the claim?**    Trade debt        $1,896.13

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No

_____

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 3

Software Copyright (c) 1996-2024 Best Case, LLC  - www.bestcase.com                              Best Case Bankruptcy

Debtor 1    Michael V Walker                                    Case number *(if known)*

Contact                                  ☐   Yes. Total claim (secured and unsecured)
                                             Value of security:                              -
Contact phone                                Unsecured claim

---

| 11 | | | |
|----|---|---|---|
| RMP, LLC | **What is the nature of the claim?** | Trade debt | $1,282.00 |

RMP, LLC
PO Box 630844
Cincinnati, OH 45263-0844

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

Contact                                  ☒   No
                                         ☐   Yes. Total claim (secured and unsecured)
Contact phone                                Value of security:                          -
                                             Unsecured claim

---

| 12 | | | |
|----|---|---|---|
| Sawtooth Acres Homeowners' Association | **What is the nature of the claim?** | Trade debt | $0.00 |

Sawtooth Acres Homeowners'
Association
PO Box 1246
Meridian, ID 83680

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

Contact                                  ☒   No
                                         ☐   Yes. Total claim (secured and unsecured)
Contact phone                                Value of security:                          -
                                             Unsecured claim

---

| 13 | | | |
|----|---|---|---|
| Snake River Metal | **What is the nature of the claim?** | Trade debt | $387.84 |

Snake River Metal
193 Fair Ave
P.O. Box 290
Filer, ID 83328

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

Contact                                  ☒   No
                                         ☐   Yes. Total claim (secured and unsecured)
Contact phone                                Value of security:                          -
                                             Unsecured claim

---

| 14 | | | |
|----|---|---|---|
| Synchrony Bank | **What is the nature of the claim?** | Credit card | $2,290.79 |

Synchrony Bank
TJXDC Rewards Platinum
Mastercard
P.O. Box 71734
Philadelphia, PA 19176-1734

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    Michael V Walker                                    Case number *(if known)*  _____

| | |
|---|---|

Contact _____

Contact phone _____

☒ No
☐ Yes. Total claim (secured and unsecured)          _____
        Value of security:                      -   _____
        Unsecured claim                              _____

---

**15**

U.S. Small Business Administration
10737 Gateway West #300
El Paso, TX 79935

**What is the nature of the claim?**   All tangible and intangible personal property      $99,595.48

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

Contact _____

Contact phone _____

☐ No
☒ Yes. Total claim (secured and unsecured)      $99,595.48
        Value of security:                  -   $0.00
        Unsecured claim                          $99,595.48

---

**Part 2:**  **Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  /s/ Michael V Walker                                X  _____
   Michael V Walker                                       Signature of Debtor 2
   Signature of Debtor 1


Date   October 18, 2024                                Date  _____

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 5

Software Copyright (c) 1996-2024 Best Case, LLC  - www.bestcase.com                                     Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Michael V Walker |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

|  | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | $ 1,050,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B................................................. | $ 79,923.56 |
| 1c. Copy line 63, Total of all property on Schedule A/B........................................................ | $ 1,129,923.56 |

### Part 2: Summarize Your Liabilities

|  | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 729,969.74 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $ 11,367.28 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 54,847.09 |
| **Your total liabilities** | $ 796,184.11 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.................................................................. | $ 5,325.33 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $ 6,711.25 |

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☒ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1 ___Michael V Walker_____    Case number *(if known)* _____

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
   122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | Michael V Walker |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number | |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once.   If an asset fits in more than one category, list the asset in the category where you think it fits best.   Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.   **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes.   Where is the property?

1.1

620 Pioneer Mountain Loop
Street address, if available, or other description

Jerome            ID    83338
City            State    ZIP Code

Jerome
County

**What is the property?** Check all that apply
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Under construction - no Certificate of Occupancy

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $850,000.00 | $850,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
Fee Simple

☒ Check if this is community property
(see instructions)

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1    Michael V Walker                                    Case number *(if known)* _____

---

**1.2**    If you own or have more than one, list here:

622 Pioneer Mountain Loop
_____
Street address, if available, or description

Jerome              ID      83338
_____
City                State    ZIP Code

Jerome
_____
County

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $100,000.00 | $100,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Fee Simple

☒ **Check if this is community property**
(see instructions)

---

**1.3**    If you own or have more than one, list here:

624 Pioneer Mountain Loop
_____
Street address, if available, or description

Jerome              ID      83338
_____
City                State    ZIP Code

Jerome
_____
County

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $100,000.00 | $100,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Fee Simple

☒ **Check if this is community property**
(see instructions)

---

**2.**    **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**............................................................=> | $1,050,000.00 |

---

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

---

Debtor 1    Michael V Walker                                     Case number *(if known)* _____

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

| 3.1 | | | |
|---|---|---|---|

3.1  Make: Generic Trailer
     Model: 14' trailer (used for storage)
     Year: 1989
     Approximate mileage: _____
     Other information:
     Not in working condition

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$750.00                                  $750.00

---

3.2  Make: Jeep
     Model: Wrangler
     Year: 1989
     Approximate mileage: _____
     Other information:

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$4,000.00                                $4,000.00

---

3.3  Make: Ford
     Model: F450
     Year: 2008
     Approximate mileage: 232,252
     Other information:

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$11,000.00                               $11,000.00

---

3.4  Make: Chevrolet
     Model: Suburban
     Year: 2014
     Approximate mileage: 143368
     Other information:

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$8,000.00                                $8,000.00

---

3.5  Make: Ford
     Model: F350
     Year: 2002
     Approximate mileage: _____
     Other information:

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$9,790.00                                $9,790.00

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                               Best Case Bankruptcy

Debtor 1    Michael V Walker                                    Case number *(if known)* _____

---

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☒ Yes

| | | | |
|---|---|---|---|
| 4.1 | Make: 18' flatbed trailer | **Who has an interest in the property?** *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: 2007 | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | ☐ Debtor 1 and Debtor 2 only | |
| | | ☒ At least one of the debtors and another | |
| | | ☒ Check if this is community property | $5,000.00 / $5,000.00 |
| | | *(see instructions)* | |

| | | | |
|---|---|---|---|
| 4.2 | Make: C&B Quality Trailer Works   (horse traile | **Who has an interest in the property?** *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: 17' | ☐ Debtor 1 only | |
| | Year: 2000 | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | ☐ Debtor 1 and Debtor 2 only | |
| | | ☒ At least one of the debtors and another | |
| | | ☒ Check if this is community property | $4,500.00 / $4,500.00 |
| | | *(see instructions)* | |

| | | | |
|---|---|---|---|
| 4.3 | Make: Compass | **Who has an interest in the property?** *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: 16' Cargo Trailer | ☒ Debtor 1 only | |
| | Year: 2021 | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | ☐ Debtor 1 and Debtor 2 only | |
| | | ☐ At least one of the debtors and another | |
| | | ☒ Check if this is community property | $6,000.00 / $6,000.00 |
| | | *(see instructions)* | |

| | | | |
|---|---|---|---|
| 4.4 | Make: Kawasaki | **Who has an interest in the property?** *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: KLF300 ATV | ☐ Debtor 1 only | |
| | Year: 1990 | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | ☐ Debtor 1 and Debtor 2 only | |
| | | ☒ At least one of the debtors and another | |
| | | ☒ Check if this is community property | $795.00 / $795.00 |
| | | *(see instructions)* | |

| | | | |
|---|---|---|---|
| 4.5 | Make: Kawasaki | **Who has an interest in the property?** *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: KLF300 ATV | ☒ Debtor 1 only | |
| | Year: 1998 | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | ☐ Debtor 1 and Debtor 2 only | |
| | | ☐ At least one of the debtors and another | |
| | | ☒ Check if this is community property | $1,120.00 / $1,120.00 |
| | | *(see instructions)* | |

| | | | |
|---|---|---|---|
| 4.6 | Make: Kawasaki | **Who has an interest in the property?** *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: KLF300 ATV | ☒ Debtor 1 only | |
| | Year: 2001 | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | ☐ Debtor 1 and Debtor 2 only | |
| | | ☐ At least one of the debtors and another | |
| | | ☒ Check if this is community property | $950.00 / $950.00 |
| | | *(see instructions)* | |

---

5   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
    pages you have attached for Part 2. Write that number here**..........................................................................=>    $51,905.00

---

Debtor 1    Michael V Walker                                              Case number *(if known)* _____

| **Part 3:** | Describe Your Personal and   Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6.    Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes.    Describe.....

| Description | Value |
|---|---|
| Sectional ($300); Grey couch set ($400); Western couch set ($400). | $1,100.00 |
| Computer desk and chair (no one item valued more than $750) | $50.00 |
| Deep Freezer | $125.00 |
| Washing Machine and Dryer (valued at $150 each) | $300.00 |
| 2 sewing machines - both broken (valued at $25 each) | $50.00 |
| Vacuum cleaner | $40.00 |
| Iron | $10.00 |
| Lawn mower | $400.00 |
| Kitchen table | $350.00 |
| Misc. Silverware | $40.00 |
| Various cooking utensils (no one item valued more than $750) | $400.00 |
| Refrigerator | $400.00 |
| Microwave | $25.00 |
| Lamp | $15.00 |
| 4 beds (no one item valued more than $750) | $600.00 |
| Chest of drawers | $75.00 |
| Nightstand | $20.00 |

**7.    Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☒ Yes.    Describe.....

| Description | Value |
|---|---|
| Sounds system | $50.00 |
| 3 televisions (valued at $150 each) | $450.00 |
| Mac computer - has cracked screen | $50.00 |
| Mac computer | $100.00 |
| 2 printers (one has a broken tray) (valued at $10 each) | $20.00 |
| 2 cell phones (valued at $100 each) | $200.00 |
| Apple Watch | $60.00 |

Debtor 1    Michael V Walker                                    Case number *(if known)*

8.   **Collectibles of value**
     *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
     other collections, memorabilia, collectibles
     ☒ No
     ☐ Yes.   Describe.....

9.   **Equipment for sports and hobbies**
     *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
     musical instruments
     ☐ No
     ☒ Yes.   Describe.....

| | |
|---|---|
| Ping Pong Table - in bad shape | $20.00 |

10.  **Firearms**
     *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
     ☐ No
     ☒ Yes.   Describe.....

| | |
|---|---|
| 270 Short mag Winchester Model 70 with Fullfield Scope | $1,500.00 |
| Marlin 30-30 Lever Action | $650.00 |
| 22-250 Model 700 Remington with Full Field Scope | $299.00 |
| Henry Golden Boy 22 Lever Action | $600.00 |
| 38 SPL Marlin Lever Action | $600.00 |
| Ruger 10-22 with Weaver Scope | $250.00 |
| Benelli 12 gauge Pump Shotgun | $350.00 |
| Sig Saur 380 Pistol | $450.00 |
| Franchi Momentum 223 with Burris Full Field Scope | $600.00 |
| 4 boxes of 38 Special Ammunition (no one box valued more than $750). | $80.00 |
| 2 boxes of 380 Auto Ammunition (no one box valued more than $750). | $48.00 |
| 1 box of 22-250 Remington Ammunition | $27.00 |
| 1 box of 12 gauge Shotgun Shells | $8.99 |
| 5 boxes of 22 Long Rifle Ammunition (no one box valued more than $750) | $1,995.00 |

11.  **Clothes**
     *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
     ☐ No
     ☒ Yes.   Describe.....

| | |
|---|---|
| Everyday wearing apparel (family of 6) | $800.00 |

12.  **Jewelry**
     *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
     ☐ No
     ☒ Yes.   Describe.....

| | |
|---|---|
| Wedding band | $50.00 |
| Costume jewelry | $20.00 |

13.  **Non-farm animals**
     *Examples:* Dogs, cats, birds, horses
     ☐ No

Official Form 106A/B                         Schedule A/B: Property                                    page 6

| Debtor 1 | Michael V Walker | Case number (if known) | |
|---|---|---|---|

☒ Yes.  Describe.....

| 2 dogs (valued at $25 each) | $50.00 |
|---|---|

---

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☒ No
☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........................................................

$13,327.99

---

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
☒ Yes.................................................................................................

| Cash | $0.00 |
|---|---|

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
☒ Yes.......................

Institution name:

| | | Institution name: | Current value |
|---|---|---|---|
| 17.1. | Savings | Idaho Central Credit Union xx7825 | $75.40 |
| 17.2. | Other financial account | Dockter & Hardwicke Retainer | $10,000.00 |
| 17.3. | Checking | Idaho Central Credit Union xx7115 | $0.00 |
| 17.4. | Savings | Idaho Central Credit Union xx7062 | $0.00 |
| 17.5. | Checking | Idaho Central Credit Union xx5339<br>Account balance is -$1,149.69 | $0.00 |
| 17.6. | Savings | Idaho Central Credit Union xx5182 | $50.00 |
| 17.7. | Checking | Key Bank xx4592 | $45.17 |
| 17.8. | Savings | Key Bank xx1555 | $0.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☒ No
☐ Yes..................

Institution or issuer name:

---

Debtor 1    Michael V Walker                 Case number *(if known)* _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☒ No
☐ Yes.  Give specific information about them...................
                Name of entity:                               % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☒ No
☐ Yes. Give specific information about them
                Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☒ No
☐ Yes. List each account separately.
                Type of account:                 Institution name:

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☒ No
☐ Yes. .....................                 Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☒ No
☐ Yes............                 Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☒ No
☐ Yes............                 Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☒ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☒ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☒ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

                                                 _____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☒ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security
             benefits; unpaid loans you made to someone else
☒ No
☐ Yes.  Give specific information..

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1    Michael V Walker                                     Case number *(if known)*

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☒ No
   ☐ Yes. Name the insurance company of each policy and list its value.

   |  | Company name: | Beneficiary: | Surrender or refund value: |
   |---|---|---|---|

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ☒ No
   ☐ Yes.    Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ☐ No
   ☒ Yes.    Describe each claim.........

   | Potential professional malpractice claims against Bill Lee | Unknown |
   |---|---|

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ☒ No
   ☐ Yes.    Describe each claim.........

35. **Any financial assets you did not already list**
   ☒ No
   ☐ Yes.    Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................

   | $10,170.57 |
   |---|

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ☐ No. Go to Part 6.
   ☒ Yes.    Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
   ☒ No
   ☐ Yes.    Describe.....

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
   ☒ No
   ☐ Yes.    Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
   ☐ No
   ☒ Yes.    Describe.....

   | Ez Cab Grinder | $700.00 |
   |---|---|
   | Various power tools (no one item valued more than $750) | $1,500.00 |
   | Various hand tools (no one item valued more than $750) | $1,000.00 |
   | 25 Gallon air compressor | $900.00 |

41. **Inventory**
   ☒ No
   ☐ Yes.    Describe.....

Debtor 1    Michael V Walker                                    Case number *(if known)*

---

**42.  Interests in partnerships or joint ventures**

☒ No
☐ Yes.  Give specific information about them..................
      Name of entity:                                    % of ownership:

**43.  Customer lists, mailing lists, or other compilations**

☒ No.
☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

     ☒ No
     ☐ Yes.  Describe.....

**44.  Any business-related property you did not already list**

☒ No
☐ Yes. Give specific information.........

**45.  Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.....................................................................................................**

| $4,100.00 |

---

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No. Go to Part 7.
☒ Yes.   Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47.  Farm animals**
*Examples:* Livestock, poultry, farm-raised fish
☐ No
☒ Yes................

| 2 senior horses - 28-30 years old (each valued at $50) | $100.00 |
| 2 Riding horses (each valued at $100 each) | $200.00 |
| 12 Chickens (valued at $10 each) | $120.00 |

**48.  Crops—either growing or harvested**

☒ No
☐ Yes. Give specific information.....

**49.  Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☒ No
☐ Yes................

**50.  Farm and fishing supplies, chemicals, and feed**

☒ No
☐ Yes................

**51.  Any farm- and commercial fishing-related property you did not already list**

☒ No
☐ Yes. Give specific information.....

**52.  Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here .....................................................................................................**

| $420.00 |

---

Debtor 1    Michael V Walker                                                    Case number *(if known)* _____

---

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☒ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................  | $0.00 |

---

| **Part 8:** | **List the Totals of Each Part of this Form** |

55. **Part 1: Total real estate, line 2** ........................................................................................  $1,050,000.00

56. **Part 2: Total vehicles, line 5**                                   $51,905.00

57. **Part 3: Total personal and household items, line 15**              $13,327.99

58. **Part 4: Total financial assets, line 36**                         $10,170.57

59. **Part 5: Total business-related property, line 45**                 $4,100.00

60. **Part 6: Total farm- and fishing-related property, line 52**          $420.00

61. **Part 7: Total other property not listed, line 54**          +         $0.00

62. **Total personal property.** Add lines 56 through 61...        $79,923.56        Copy personal property total        $79,923.56

63. **Total of all property on Schedule A/B.** Add line 55 + line 62         | $1,129,923.56 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Michael V Walker |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions.    11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.    11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| 620 Pioneer Mountain Loop, Jerome, ID 83338<br>Jerome County Under construction - no Certificate of Occupancy<br>Line from *Schedule A/B*: 1.1 | $850,000.00 | ☒ | $175,000.00 | Idaho Code § 55-1003 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| 2014 Chevrolet Suburban    143368 miles<br>Line from *Schedule A/B*: 3.4 | $8,000.00 | ☒ | $10,000.00 | Idaho Code § 11-605(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| 2021 Compass 16' Cargo Trailer<br>Line from *Schedule A/B*: 4.3 | $6,000.00 | ☒ | $6,000.00 | Idaho Code § 11-605(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Sectional ($300); Grey couch set ($400); Western couch set ($400).<br>Line from *Schedule A/B*: 6.1 | $1,100.00 | ☒ | $1,100.00 | Idaho Code § 11-605(1)(a) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Deep Freezer<br>Line from *Schedule A/B*: 6.3 | $125.00 | ☒ | $125.00 | Idaho Code § 11-605(1)(a) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Debtor 1    Michael V Walker

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| Washing Machine and Dryer (valued at $150 each) Line from *Schedule A/B*: 6.4 | $300.00 | ☒ | $300.00 | Idaho Code § 11-605(1)(a) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| 2 sewing machines - both broken (valued at $25 each) Line from *Schedule A/B*: 6.5 | $50.00 | ☒ | $50.00 | Idaho Code § 11-605(1)(a) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Vacuum cleaner Line from *Schedule A/B*: 6.6 | $40.00 | ☒ | $40.00 | Idaho Code § 11-605(1)(a) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Iron Line from *Schedule A/B*: 6.7 | $10.00 | ☒ | $10.00 | Idaho Code § 11-605(1)(a) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Lawn mower Line from *Schedule A/B*: 6.8 | $400.00 | ☒ | $400.00 | Idaho Code § 11-605(1)(a) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Computer desk and chair (no one item valued more than $750) Line from *Schedule A/B*: 6.2 | $50.00 | ☒ | $50.00 | Idaho Code § 11-605(1)(a) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Kitchen table Line from *Schedule A/B*: 6.9 | $350.00 | ☒ | $350.00 | Idaho Code § 11-605(1)(a) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Misc. Silverware Line from *Schedule A/B*: 6.10 | $40.00 | ☒ | $40.00 | Idaho Code § 11-605(1)(a) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Various cooking utensils (no one item valued more than $750) Line from *Schedule A/B*: 6.11 | $400.00 | ☒ | $400.00 | Idaho Code § 11-605(1)(a) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Refrigerator Line from *Schedule A/B*: 6.12 | $400.00 | ☒ | $400.00 | Idaho Code § 11-605(1)(a) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Microwave Line from *Schedule A/B*: 6.13 | $25.00 | ☒ | $25.00 | Idaho Code § 11-605(1)(a) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Lamp Line from *Schedule A/B*: 6.14 | $15.00 | ☒ | $15.00 | Idaho Code § 11-605(1)(a) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor 1    Michael V Walker                                                    Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | Check only one box for each exemption. | |
| 4 beds (no one item valued more than $750)<br>Line from *Schedule A/B*: 6.15 | $600.00 | ☒ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| Chest of drawers<br>Line from *Schedule A/B*: 6.16 | $75.00 | ☒ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| Nightstand<br>Line from *Schedule A/B*: 6.17 | $20.00 | ☒ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| 3 televisions (valued at $150 each)<br>Line from *Schedule A/B*: 7.2 | $450.00 | ☒ $450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| Mac computer - has cracked screen<br>Line from *Schedule A/B*: 7.3 | $50.00 | ☒ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| Mac computer<br>Line from *Schedule A/B*: 7.4 | $100.00 | ☒ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| 2 printers (one has a broken tray) (valued at $10 each)<br>Line from *Schedule A/B*: 7.5 | $20.00 | ☒ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| 2 cell phones (valued at $100 each)<br>Line from *Schedule A/B*: 7.6 | $200.00 | ☒ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| Apple Watch<br>Line from *Schedule A/B*: 7.7 | $60.00 | ☒ $60.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| Sounds system<br>Line from *Schedule A/B*: 7.1 | $50.00 | ☒ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| Ping Pong Table - in bad shape<br>Line from *Schedule A/B*: 9.1 | $20.00 | ☒ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(10) |
| Franchi Momentum 223 with Burris Full Field Scope<br>Line from *Schedule A/B*: 10.9 | $600.00 | ☒ $750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(8) |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    Michael V Walker                                                                Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Everyday wearing apparel (family of 6)<br>Line from *Schedule A/B*: 11.1 | $800.00 | ☒ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(b) |
| Wedding band<br>Line from *Schedule A/B*: 12.1 | $50.00 | ☒ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(2) |
| Costume jewelry<br>Line from *Schedule A/B*: 12.2 | $20.00 | ☒ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(2) |
| 2 dogs (valued at $25 each)<br>Line from *Schedule A/B*: 13.1 | $50.00 | ☒ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(10) |
| Cash<br>Line from *Schedule A/B*: 16.1 | $0.00 | ☒ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(10) |
| Idaho Central Credit Union xx7115<br>Line from *Schedule A/B*: 17.3 | $0.00 | ☒ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-207 |
| Idaho Central Credit Union xx7062<br>Line from *Schedule A/B*: 17.4 | $0.00 | ☒ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-207 |
| Idaho Central Credit Union xx5339<br><br>Account balance is -$1,149.69<br>Line from *Schedule A/B*: 17.5 | $0.00 | ☒ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-207 |
| Idaho Central Credit Union xx5182<br>Line from *Schedule A/B*: 17.6 | $50.00 | ☒ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-207 |
| Key Bank xx4592<br>Line from *Schedule A/B*: 17.7 | $45.17 | ☒ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code §§ 11-603(4), 56-223 |
| Key Bank xx1555<br>Line from *Schedule A/B*: 17.8 | $0.00 | ☒ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code §§ 11-603(4), 56-223 |
| Idaho Central Credit Union xx7825<br>Line from *Schedule A/B*: 17.1 | $75.40 | ☒ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-207 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    Michael V Walker _____    Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Ez Cab Grinder<br>Line from *Schedule A/B*: 40.1 | $700.00 | ☒ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(3) |
| Various power tools (no one item valued more than $750)<br>Line from *Schedule A/B*: 40.2 | $1,500.00 | ☒ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(3) |
| Various hand tools (no one item valued more than $750)<br>Line from *Schedule A/B*: 40.3 | $1,000.00 | ☒ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(3) |
| 25 Gallon air compressor<br>Line from *Schedule A/B*: 40.4 | $900.00 | ☒ $900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(3) |
| 2 senior horses - 28-30 years old (each valued at $50)<br>Line from *Schedule A/B*: 47.1 | $100.00 | ☒ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(b) |
| 2 Riding horses (each valued at $100 each)<br>Line from *Schedule A/B*: 47.2 | $200.00 | ☒ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(b) |
| 12 Chickens (valued at $10 each)<br>Line from *Schedule A/B*: 47.3 | $120.00 | ☒ $120.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(b) |

3. **Are you claiming a homestead exemption of more than $189,050?**
(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☒ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Michael V Walker |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:     List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.   If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1** JCH Enterprises, LLC<br>Creditor's Name | **Describe the property that secures the claim:**<br>620 Pioneer Mountain Loop, Jerome, ID 83338<br>Jerome County Under construction - no Certificate of Occupancy | $630,374.26 | $850,000.00 | $0.00 |

23240 Graphic Lane
Wilder, ID 83676
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    6/18/2024 & 8/8/2024        Last 4 digits of account number _____

| | | | | |
|---|---|---|---|---|
| **2.2** Key Bank NA<br>Creditor's Name | **Describe the property that secures the claim:**<br>2008 Ford F450 232,252 miles | $0.00 | $11,000.00 | $0.00 |

4910 Tiedeman Rd
Cleveland, OH 44144-2338
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    8/16/2017        Last 4 digits of account number _____

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    Michael V Walker                                                    Case number (if known) _____

   First Name      Middle Name      Last Name

| 2.3 | U.S. Small Business Administration | **Describe the property that secures the claim:** | $99,595.48 | $0.00 | $99,595.48 |
|---|---|---|---|---|---|

Creditor's Name

All tangible and intangible personal property

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

10737 Gateway West #300
El Paso, TX 79935

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

☒ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim relates to a community debt**

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    6/28/2021        Last 4 digits of account number _____

| Add the dollar value of your entries in Column A on this page. Write that number here: | $729,969.74 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $729,969.74 |

**Part 2:** **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]    Name, Number, Street, City, State & Zip Code
McFarland Ritter PLLC
Attn: Ryan T. McFarland & Seth R. Hansen
P.O. Box 1335
Meridian, ID 83680

On which line in Part 1 did you enter the creditor?    2.1

Last 4 digits of account number ___

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Michael V Walker |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** Idaho Department of Health & Welfare<br>Priority Creditor's Name<br>Attn: Child Support Services<br>P.O. Box 83720<br>Boise, ID 83720-0036<br>Number Street City State Zip Code | Last 4 digits of account number _____ | $0.00 | $0.00 | $0.00 |
| | When was the debt incurred? 2017 | | | |

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
**Type of PRIORITY unsecured claim:**
☒ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____ Child Support

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.2** Idaho State Tax Commission<br>Priority Creditor's Name<br>PO Box 36<br>Boise, ID 83722-0410<br>Number Street City State Zip Code | Last 4 digits of account number 8544 | $6,042.60 | $6,042.60 | $0.00 |
| | When was the debt incurred? 2022 & 2023 | | | |

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____ Taxes

Debtor 1   Michael V Walker

Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| **2.3** | Internal Revenue Service | Last 4 digits of account number  CP11 | $1,636.35 | $1,607.04 | $29.31 |

**2.3** Internal Revenue Service
Priority Creditor's Name
PO Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

Last 4 digits of account number  CP11    $1,636.35    $1,607.04    $29.31

When was the debt incurred?   2021

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
          Taxes

---

**2.4** Internal Revenue Service
Priority Creditor's Name
PO Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

Last 4 digits of account number  CP14    $889.94    $889.94    $0.00

When was the debt incurred?   2022

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
          Taxes

---

**2.5** Jerome County
Priority Creditor's Name
Tevian Kober, Tax Collector
300 N. Lincoln, Ste 309

Jerome, ID 83338
Number Street City State Zip Code

Last 4 digits of account number  0020    $936.15    $936.15    $0.00

When was the debt incurred?   2023 & 2024

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
          Taxes

Debtor 1    Michael V Walker

Case number (if known)

| | | | |
|---|---|---|---|
| 2.6 | Jerome County | Last 4 digits of account number    0030 | $930.89 | $930.89 | $0.00 |

**Jerome County**
Priority Creditor's Name
Tevian Kober, Tax Collector
300 N. Lincoln, Ste 309

Jerome County            **Last 4 digits of account number**    0030    $930.89    $930.89    $0.00

Jerome, ID 83338
Number Street City State Zip Code

**When was the debt incurred?**    2023 & 2024

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
    Taxes

---

| | | | |
|---|---|---|---|
| 2.7 | Jerome County | Last 4 digits of account number    0040 | $931.35 | $931.35 | $0.00 |

**Jerome County**
Priority Creditor's Name
Tevian Kober, Tax Collector
300 N. Lincoln, Ste 309

**Last 4 digits of account number**    0040    $931.35    $931.35    $0.00

Jerome, ID 83338
Number Street City State Zip Code

**When was the debt incurred?**    2023 & 2024

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
    Taxes

---

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☒ Yes.

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | Capitol One | Last 4 digits of account number    unts | $0.00 |

**Capitol One**
Nonpriority Creditor's Name
Attn: Capital One Legal Department
PO Box 60519
City of Industry, CA 91716
Number Street City State Zip Code

**When was the debt incurred?**    2016 - present

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Credit card

---

Debtor 1   Michael V Walker

Case number (if known)

---

| 4.2 | CCB/Ulta | | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
PO Box 183003
Columbus, OH 43218-3003
Number Street City State Zip Code

**When was the debt incurred?**   10/2019-present

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a   community debt**

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Credit card

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| 4.3 | Discover Bank | | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
PO Boc 30416
Salt Lake City, UT 84130
Number Street City State Zip Code

**When was the debt incurred?**   03/2018

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a   community debt**

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Credit card

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| 4.4 | Home Depot Credit Services | | Last 4 digits of account number | 2659 | $41,196.33 |

Nonpriority Creditor's Name
PO Box 790328
Saint Louis, MO 63179
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a   community debt**

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Trade debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| 4.5 | Home Depot Credit Services | | Last 4 digits of account number | unts | $0.00 |

Nonpriority Creditor's Name
PO Box 790328
Saint Louis, MO 63179
Number Street City State Zip Code

**When was the debt incurred?**   05/2020-06-2024

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a   community debt**

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Trade debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor 1    Michael V Walker                                              Case number (if known) _____

| | | |
|---|---|---|

**4.6** Idaho Central Credit Union

Nonpriority Creditor's Name

Attn: Bankruptcy Dept
4400 Central Way

Pocatello, ID 83202

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**    _____                                    $0.00

**When was the debt incurred?**    11/2023

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Auto Loan

---

**4.7** Idaho Central Credit Union

Nonpriority Creditor's Name

Attn: Bankruptcy Dept
4400 Central Way

Pocatello, ID 83202

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**    _____                                    $0.00

**When was the debt incurred?**    11/2021

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Line of Credit

---

**4.8** Key Bank

Nonpriority Creditor's Name

127 Public Square
Cleveland, OH 44114

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**    _____                                    $0.00

**When was the debt incurred?**    3/2021

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Credit card

Debtor 1  Michael V Walker

Case number (if known)

---

**4.9**

Key Bank

Nonpriority Creditor's Name

127 Public Square
Cleveland, OH 44114

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____                    $0.00

When was the debt incurred?     2017

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Auto Loan

---

**4.10**

Overhead Door Co of SW Idaho

Nonpriority Creditor's Name

PO Box 38
New Plymouth, ID 83655

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number   ERCU              $6,694.00

When was the debt incurred?     8/14/2024

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Trade debt

---

**4.11**

Partner's Insulation of Twin Falls, LLC

Nonpriority Creditor's Name

PO Box 190155
Boise, ID 83719

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number   1673              $1,100.00

When was the debt incurred?     10/30/2023

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Trade debt

---

Debtor 1   Michael V Walker

Case number (if known) _____

---

| 4.1 2 | | | |
|---|---|---|---|

**Qualified Plumbing**

Nonpriority Creditor's Name

1465 E 4450 N

Buhl, ID 83316

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**   413

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

$1,896.13

---

| 4.1 3 | | | |
|---|---|---|---|

**RC Willey Home Furnishings**

Nonpriority Creditor's Name

2301 S 300 W

Salt Lake City, UT 84115

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**   _____

**When was the debt incurred?**   12-2023

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card

$0.00

---

| 4.1 4 | | | |
|---|---|---|---|

**RMP, LLC**

Nonpriority Creditor's Name

PO Box 630844

Cincinnati, OH 45263-0844

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**   5142

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

$1,282.00

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor 1    Michael V Walker

Case number (if known)

---

**4.15**

Sawtooth Acres Homeowners' Association

Nonpriority Creditor's Name

PO Box 1246

Meridian, ID 83680

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ Check if this claim is for a    community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____    Unknown

**When was the debt incurred?**    2022 to present

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Trade debt

---

**4.16**

Snake River Metal

Nonpriority Creditor's Name

193 Fair Ave

P.O. Box 290

Filer, ID 83328

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim is for a    community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number    S001    $387.84

**When was the debt incurred?**    7/19/2024 - 9/3/2024

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Trade debt

---

**4.17**

Synchrony Bank

Nonpriority Creditor's Name

TJXDC Rewards Platinum Mastercard

P.O. Box 71734

Philadelphia, PA 19176-1734

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ Check if this claim is for a    community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number    5119    $2,290.79

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Credit card

---

Debtor 1  Michael V Walker                                          Case number (if known) _____

| 4.18 | | | |
|---|---|---|---|

**Synchrony Bank/Chevron**
Nonpriority Creditor's Name
P.O. Box 71734
Philadelphia, PA 19176-1734
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   0353

When was the debt incurred?   11/2016

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card

$0.00

| 4.19 | | | |
|---|---|---|---|

**Tractor Supply/CBNA**
Nonpriority Creditor's Name
P.O Box 6500
Sioux Falls, SD 57117
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   _____

When was the debt incurred?   6/2024

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card

$0.00

## Part 3:  List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
Les Schwab Tire Center
PO Boc 5350
Bend, OR 97708

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.14 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                                     ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      0350

Name and Address
MGM Management LLC
289 SW 5th Ave
Meridian, ID 83642

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.15 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                                     ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
ONCOAS12
PO Box 9489
Coral Springs, FL 33065

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.14 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                                     ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

## Part 4:  Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 11,367.28 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |

Debtor 1  Michael V Walker                                    Case number (if known) _____

|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
|---|---|---|---|---|---|
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 11,367.28 |

| | | | | | **Total Claim** |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 54,847.09 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 54,847.09 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Michael V Walker |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number | _____ |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.    You have nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   Jerome Storage Company<br>19 Bob Barton Rd<br>Jerome, ID 83338 | Storage Unit |
| 2.2   Verizon Wireless<br>1 Verizon Way<br>Basking Ridge, NJ 07920 | Cell phone service |

```
Fill in this information to identify your case:

Debtor 1        Michael V Walker
                First Name          Middle Name              Last Name

Debtor 2
(Spouse if, filing)  First Name     Middle Name              Last Name

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number
(if known)
```

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                           12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☒ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
☒ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ☒ Yes.

        In which community state or territory did you live?  ___-NONE-___ . Fill in the name and current address of that person.

        _____
        Name of your spouse, former spouse, or legal equivalent
        Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.3   Sarah Walker<br>620 Pioneer Mountain Loop<br>Jerome, ID 83338 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___2.5___<br>☐ Schedule G _____<br>Jerome County |
| 3.4   Sarah Walker<br>620 Pioneer Mountain Loop<br>Jerome, ID 83338 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___2.6___<br>☐ Schedule G _____<br>Jerome County |
| 3.5   Sarah Walker<br>620 Pioneer Mountain Loop<br>Jerome, ID 83338 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___2.7___<br>☐ Schedule G _____<br>Jerome County |

Debtor 1   Michael V Walker       Case number *(if known)*      

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.6   Sarah Walker<br>620 Pioneer Mountain Loop<br>Jerome, ID 83338 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __2.3__<br>☐ Schedule G _____<br>Internal Revenue Service |
| 3.7   Sarah Walker<br>620 Pioneer Mountain Loop<br>Jerome, ID 83338 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __2.4__<br>☐ Schedule G _____<br>Internal Revenue Service |
| 3.8   Sarah Walker<br>620 Pioneer Mountain Loop<br>Jerome, ID 83338 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __2.2__<br>☐ Schedule G _____<br>Idaho State Tax Commission |
| 3.9   Sarah Walker<br>620 Pioneer Mountain Loop<br>Jerome, ID 83338 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.17__<br>☐ Schedule G _____<br>Synchrony Bank |
| 3.10   Sarah Walker<br>620 Pioneer Mountain Loop<br>Jerome, ID 83338 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.1__<br>☐ Schedule G _____<br>Capitol One |
| 3.11   Sarah Walker<br>620 Pioneer Mountain Loop<br>Jerome, ID 83338 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.8__<br>☐ Schedule G _____<br>Key Bank |
| 3.12   Sarah Walker<br>620 Pioneer Mountain Loop<br>Jerome, ID 83338 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>CCB/Ulta |
| 3.13   Sarah Walker<br>620 Pioneer Mountain Loop<br>Jerome, ID 83338 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.15__<br>☐ Schedule G _____<br>Sawtooth Acres Homeowners' Association |

Debtor 1   Michael V Walker                                              Case number *(if known)* _____

| | | |
|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.14   Sarah Walker<br>620 Pioneer Mountain Loop<br>Jerome, ID 83338 | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☒ Schedule G ____2.1____<br>Jerome Storage Company |
| 3.15   Sarah Walker<br>620 Pioneer Mountain Loop<br>Jerome, ID 83338 | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☒ Schedule G ____2.2____<br>Verizon Wireless |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Michael V Walker |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| **Occupation** | Self Employed | Validation Specialist |
| **Employer's name** | dba Walker Custom Construction | Norco |
| **Employer's address** | 620 Pioneer Mountain Loop<br>Jerome, ID 83338 | 1125 W. Amity Rd<br>Boise, ID 83705 |
| **How long employed there?** | | Less than 1 month |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 3,293.33 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income.  Add line 2 + line 3. | 4. | $ 0.00 | $ 3,293.33 |

Debtor 1    Michael V Walker                                          Case number (*if known*) _____

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here ........................................................ | 4. | | $ 0.00 | $ 3,293.33 |
| **5.** List all payroll deductions: | | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | | $ 0.00 | $ 988.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | | $ 0.00 | $ 988.00 |
| 5f. **Domestic support obligations** | 5f. | | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | | $ 0.00 + | $ 0.00 |
| **6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | | $ 0.00 | $ 1,976.00 |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | | $ 0.00 | $ 1,317.33 |
| **8.** List all other income regularly received: | | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | | $ 1,100.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: Adoption Subsidies | 8f. | | $ 0.00 | $ 2,908.00 |
| 8g. **Pension or retirement income** | 8g. | | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h.+ | | $ 0.00 + | $ 0.00 |
| **9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | | $ 1,100.00 | $ 2,908.00 |
| **10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,100.00 + | $ 4,225.33 = | $ 5,325.33 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____          11.    +$                    0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

12.    $              5,325.33

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☒   No.
☐   Yes. Explain: _____

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Michael V Walker |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (If known) | |

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**
   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☐ No
   Do not list Debtor 1 and Debtor 2.    ☒ Yes.   Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 12 | ☐ No  ☒ Yes |
| Son | 9 | ☐ No  ☒ Yes |
| Daughter | 7 | ☐ No  ☒ Yes |
| Son | 6 | ☐ No  ☒ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☒ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ _____ 0.00

   **If not included in line 4:**

   4a.  Real estate taxes    4a. $ _____ 94.91
   4b.  Property, homeowner's, or renter's insurance    4b. $ _____ 0.00
   4c.  Home maintenance, repair, and upkeep expenses    4c. $ _____ 400.00
   4d.  Homeowner's association or condominium dues    4d. $ _____ 50.00

5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ _____ 0.00

6. **Utilities:**
   6a.  Electricity, heat, natural gas    6a. $ _____ 197.19
   6b.  Water, sewer, garbage collection    6b. $ _____ 75.00
   6c.  Telephone, cell phone, Internet, satellite, and cable services    6c. $ _____ 320.00
   6d.  Other. Specify:  Sanitation    6d. $ _____ 90.00

Debtor 1   Michael V Walker                                    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 7. | **Food and housekeeping supplies** | 7. | $ | 930.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 100.00 |
| 10. | **Personal care products and services** | 10. | $ | 250.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 500.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.<br>Do not include car payments. | 12. | $ | 2,000.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 300.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 350.00 |

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.

| | | | |
|---|---|---|---|
| 15a. | Life insurance | 15a. $ | 0.00 |
| 15b. | Health insurance | 15b. $ | 0.00 |
| 15c. | Vehicle insurance | 15c. $ | 317.15 |
| 15d. | Other insurance. Specify: _____ | 15d. $ | 0.00 |

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____                              16. $ _____ 0.00

17. **Installment or lease payments:**

| | | | |
|---|---|---|---|
| 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| 17c. | Other. Specify: _____ | 17c. $ | 0.00 |
| 17d. | Other. Specify: _____ | 17d. $ | 0.00 |

18. **Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**        18. $ _____ 0.00

19. **Other payments you make to support others who do not live with you.**                     $ _____ 0.00
    Specify: _____                              19.

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. $ | 0.00 |
| 20b. | Real estate taxes | 20b. $ | 120.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 200.00 |
| 20e. | Homeowner's association or condominium dues | 20e. $ | 163.00 |

21. **Other:** Specify:   Gym membership                          21. +$ _____ 62.00

    Jerome Storage Company                                     +$ _____ 192.00

22. **Calculate your monthly expenses**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | $ | 6,711.25 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 6,711.25 |

23. **Calculate your monthly net income**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 5,325.33 |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. -$ | 6,711.25 |
| 23c. | Subtract your monthly expenses from your monthly income.<br>The result is your *monthly net income.* | 23c. $ | -1,385.92 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a
    modification to the terms of your mortgage?

    ☒ No.
    ☐ Yes.          | Explain here: |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Michael V Walker |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X | /s/ Michael V Walker | X | |
|---|---|---|---|
| | Michael V Walker | | Signature of Debtor 2 |
| | Signature of Debtor 1 | | |

Date    October 18, 2024                Date _____

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Michael V Walker |
| | First Name          Middle Name          Last Name |
| Debtor 2 (Spouse if, filing) | |
| | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | |

☐ Check if this is an amended filing

<u>Official Form 107</u>
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.   If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.    **What is your current marital status?**

☒ Married
☐ Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☒ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| 284 Dollar Hide Way Twin Falls, ID 83301 | From-To: August 2022 - June 2023 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| 221 Canyon Crest Dr Twin Falls, ID 83301 | From-To: August 2021 - August 2022 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
☒ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $23,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☒ Operating a business | | ☐ Operating a business | |

Debtor 1    Michael V Walker                                         Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2023 ) | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $43,227.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2022 ) | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $6,028.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5.    Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2023 ) | Sale of Land | $71,951.00 | | |
| | Adoption Subsidies | $34,896.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2022 ) | Sale of Land | $49,454.00 | | |
| | Adoption Subsidies | $34,896.00 | | |

## Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
☒    No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?
☐    No.    Go to line 7.
☒    Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐    Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐    No.    Go to line 7.
☐    Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1   Michael V Walker                                      Case number *(if known)*

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Home Depot Credit Services<br>PO Box 790328<br>Saint Louis, MO 63179 | 7/18/2024,<br>8/23/2024.<br>8/29/2024,<br>9/18/2024 | $1,470.73 | $41,196.33 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☒ Suppliers or vendors<br>☐ Other___ |
| Franklin Building Supply Co.<br>9222 W Barnes Dr<br>Boise, ID 83709-1554 | 7/16/2024 &<br>9/3/2024 | $35,102.20 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☒ Suppliers or vendors<br>☐ Other___ |
| Snake River Metal<br>193 Fair Ave<br>P.O. Box 290<br>Filer, ID 83328 | 7/12/2024 | $13,640.00 | $387.84 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☒ Suppliers or vendors<br>☐ Other___ |
| Verizon Wireless<br>1 Verizon Way<br>Basking Ridge, NJ 07920 | 7/3/2024, 8/3/2024,<br>9/3/2024 | $690.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☒ Other_Cell phone service_ |
| State Farm Insurance<br>PO Box 2512<br>Pocatello, ID 83206 | 7/30/2024,<br>8/30/2024,<br>9/30/2024 | $951.45 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☒ Other_Auto insurance_ |
| Rodda Paint CO.<br>6107 N Marine Dr<br>Portland, OR 97203 | 9/4/2024.<br>9/11/2024,<br>9/16/2024` | $1,004.46 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☒ Suppliers or vendors<br>☐ Other___ |
| Lowe's Home Improvement<br>Warehouse<br>3100 Airway Ave Ste 127<br>Costa Mesa, CA 92626 | 9/10/2024 | $1,517.60 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☒ Suppliers or vendors<br>☐ Other___ |
| Cary Hess<br>284 Dollar Hide Way<br>Jerome, ID 83338 | 9/4/2024 | $4,020.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☒ Suppliers or vendors<br>☐ Other___ |

Debtor 1   Michael V Walker                                           Case number *(if known)*

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ☐ No
    ☒ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Todd Franklin Walker dba Todd Walker Construction 962 W Apache St Emmett, ID 83617 | 7/22/2024, 8/12/2024, 9/19/2024 | $4,939.66 | $0.00 | Payment for subcontractor services. |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ☒ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ☒ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| JCH Enterprises LLC v. Michael V. Walker dba Walker Custom Construction CV14-21-10230 | Civil | Canyon County District Court 1115 Albany St Caldwell, ID 83605 | ☐ Pending ☐ On appeal ☒ Concluded |
| State of Idaho v. Michael Vernon Walker CR27-24-05861 | Criminal | Jerome County Magistrate Court 300 N Lincoln Ave Jerome, ID 83338 | ☒ Pending ☐ On appeal ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☒ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ☒ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ☒ No
    ☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1   Michael V Walker                                    Case number *(if known)*_____

## Part 5:   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
  - ☒ No
  - ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
  - ☐ No
  - ☒ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| The Church of Jesus Christ of LDS<br>1850 North 5600 West<br>Malad City, ID 83252-6528 | Tithing | 01 Jan 2023 -<br>31 Dec 2023 | $3,330.00 |
| The Church of Jesus Christ of LDS<br>1850 North 5600 West<br>Malad City, ID 83252-6528 | Tithing | 01 Jan 2024 -<br>16 Oct 2024 | $2,445.00 |
| The Church of Jesus Christ of LDS<br>1850 North 5600 West<br>Malad City, ID 83252-6528 | Tithing | 21 Nov 2022 | $100.00 |

## Part 6:   List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
  - ☒ No
  - ☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 7:   List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
  Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.
  - ☐ No
  - ☒ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Johnson May<br>199 N Capitol Blvd. Ste. 200<br>Boise, ID 83702<br>mtc@johnsonmaylaw.com | Chapter 11 Sub V Retainer | 10/2/2024 | $10,000.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   Michael V Walker                                                          Case number (if known)

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| 001 Debtorcc, Inc.<br>378 Summit Ave<br>Jersey City, NJ 07306<br>https://www.debtorcc.org/ | Fee for pre-filing credit counseling course | 10/9/2024 | $19.95 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☒ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Debtor 1    Michael V Walker                                                      Case number *(if known)*  _____

**22.   Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
☒ Yes. Fill in the details.

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| Jerome Storage Company<br>19 Bob Barton Rd<br>Jerome, ID 83338 | Sarah & Michael Walker<br>620 Pioneer Mountain Loop<br>Jerome, ID 83338 | Misc. personal property of Debtor and spouse. | ☐ No<br>☒ Yes |

## Part 9:   Identify Property You Hold or Control for Someone Else

**23.   Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ No
☐ Yes.   Fill in the details.

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

## Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

☒ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
☒ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
☒ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24.   Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**25.   Have you notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26.   Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

## Part 11:   Give Details About Your Business or Connections to Any Business

**27.   Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☒ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

Debtor 1    Michael V Walker                                          Case number *(if known)* _____

       ☐ **A partner in a partnership**

       ☐ **An officer, director, or managing executive of a corporation**

       ☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☐ **No. None of the above applies.   Go to Part 12.**

☒ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Walker Custom Construction<br>620 Pioneer Mountain Loop<br>Jerome, ID 83338 | Construction<br><br>Marvins Tax & Accounting Service | EIN:<br><br>**From-To**  Apr 2005 - present |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:**   **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

/s/ Michael V Walker                                          _____

Michael V Walker                                              **Signature of Debtor 2**
**Signature of Debtor 1**

**Date**    October 18, 2024                                **Date** _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☒ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

## Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and
>
> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation
>
> Chapter 11 - Reorganization
>
> Chapter 12 - Voluntary repayment plan for family farmers or fishermen
>
> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;
>
> most student loans;
>
> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

**Chapter 11: Reorganization**

|   | | |
|---|---|---|
|   | $1,167 | filing fee |
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   |        |                    |
|---|--------|--------------------|
|   | $200   | filing fee         |
| + | $78    | administrative fee |
|   | $278   | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   |        |                    |
|---|--------|--------------------|
|   | $235   | filing fee         |
| + | $78    | administrative fee |
|   | $313   | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

 domestic support obligations,

 most student loans,

 certain taxes,

 debts for fraud or theft,

 debts for fraud or defalcation while acting in a fiduciary capacity,

 most criminal fines and restitution obligations,

 certain debts that are not listed in your bankruptcy papers,

 certain debts for acts that caused death or personal injury, and

 certain long-term secured debts.

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
## District of Idaho

In re    Michael V Walker                                         Case No.         

                                        Debtor(s)          Chapter    11

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    October 18, 2024                      /s/ Michael V Walker

                                             Michael V Walker
                                             Signature of Debtor

Capitol One
Attn: Capital One Legal Department
PO Box 60519
City of Industry, CA 91716


CCB/Ulta
PO Box 183003
Columbus, OH 43218-3003


Discover Bank
PO Boc 30416
Salt Lake City, UT 84130


Home Depot Credit Services
PO Box 790328
Saint Louis, MO 63179


Idaho Central Credit Union
Attn: Bankruptcy Dept
4400 Central Way
Pocatello, ID 83202


Idaho Department of Health & Welfare
Attn: Child Support Services
P.O. Box 83720
Boise, ID 83720-0036


Idaho State Tax Commission
PO Box 36
Boise, ID 83722-0410


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


JCH Enterprises, LLC
23240 Graphic Lane
Wilder, ID 83676


Jerome County
Tevian Kober, Tax Collector
300 N. Lincoln, Ste 309
Jerome, ID 83338


Jerome Storage Company
19 Bob Barton Rd
Jerome, ID 83338


Key Bank
127 Public Square
Cleveland, OH 44114


Key Bank NA
4910 Tiedeman Rd
Cleveland, OH 44144-2338

Les Schwab Tire Center
PO Boc 5350
Bend, OR 97708


McFarland Ritter PLLC
Attn: Ryan T. McFarland & Seth R. Hansen
P.O. Box 1335
Meridian, ID 83680


MGM Management LLC
289 SW 5th Ave
Meridian, ID 83642


ONCOAS12
PO Box 9489
Coral Springs, FL 33065


Overhead Door Co of SW Idaho
PO Box 38
New Plymouth, ID 83655


Partner's Insulation of Twin Falls, LLC
PO Box 190155
Boise, ID 83719


Qualified Plumbing
1465 E 4450 N
Buhl, ID 83316


RC Willey Home Furnishings
2301 S 300 W
Salt Lake City, UT 84115


RMP, LLC
PO Box 630844
Cincinnati, OH 45263-0844


Sarah Walker
620 Pioneer Mountain Loop
Jerome, ID 83338


Sawtooth Acres Homeowners' Association
PO Box 1246
Meridian, ID 83680


Snake River Metal
193 Fair Ave  P.O. Box 290
Filer, ID 83328


Synchrony Bank
TJXDC Rewards Platinum Mastercard
P.O. Box 71734
Philadelphia, PA 19176-1734

Synchrony Bank/Chevron
P.O. Box 71734
Philadelphia, PA 19176-1734


Tractor Supply/CBNA
P.O Box 6500
Sioux Falls, SD 57117


U.S. Small Business Administration
10737 Gateway West #300
El Paso, TX 79935


Verizon Wireless
1 Verizon Way
Basking Ridge, NJ 07920